IN THE _Central  District_ ,

CALIFORNIA

CASE NO: **8:23-cv-00867-FWS** (KESx)

Division: _____

*No Summons. FF PAID*

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**MAY 18 2023**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**DANIL CHVANOV,**

*Petitioner.*

v.

**IANA CHVANOVA,**

*Respondent.*

---

### EMERGENCY PETITION
### PETITIONER CHVANOV'S VERIFIED PETITION FOR SECURING THE RETURN OF THE CHILD TO HIS COUNTRY OF HABITUAL RESIDENCE MEXICO, PURSUANT TO THE HAGUE CONVENTION ON THE CIVIL ASPECTS OF INTERNATIONAL CHILD ABDUCTION.

Petitioner DANIL CHVANOV ("Father", citizen of RF) files this Verified Petition for securing the return of five-year-old Ignat Daniilovich Chvanov (Residence permit in Mexico) to his country of habitual residence, Mexico, pursuant to the Hague Convention on the Civil Aspects of International Child Abduction against Respondent IANA CHVANOVA ("Mother", citizen of RF). In support, Father states as follows:

1.  **Action**. This is an action to secure the return of five-year-old Ignat Daniilovich Chvanov to his country of habitual residence, Mexico.
2.  **Minor Child.** The parties have one (1) minor child, to wit: IGNAT CHVANOV, a male, born 2018/01/01 in Lipetsk, Russia ("Minor Child").
3.  **Residences**.  Mother and the Minor Child are residents of CA 92692 Siruela Mission Viejo, 27822

Father resides at the following address:  Mexico, Quintana Roo, Cancun, SM 04 M 13 L 7- 9

Por Av Tulum, Viento 34, 77500 Cancún, Q.R

**I.C.'s Residence for the past 5 years:**
1. Dates (From- To): FROM 2018/01/01 TO February 2022
   Address: Tsiolkovskogo street, house 17, apt. 126, Lipetsk city, the Russian Federation
   Name of a person the Child lives with: IANA CHVANOVA and DANIL CHVANOV
   Relationship to the Child: MOTHER and FATHER.
2. Dates (From-To): FROM February 2022 TO 2022/05/20
Adress: Av. Tikal 1, 77507 Cancún, Q.R. Mexico
   Name of a person the Child lives with: IANA CHVANOVA and DANIL CHVANOV
   Relationship to the Child: MOTHER and FATHER.
3.    Dates (From- To): FROM 2022/05/20 TO PRESENT
Address: CA 92692 Siruela Mission Viejo, 27822
   Name of a person the Child lives with: IANA CHVANOVA
   Relationship to the Child: MOTHER.

4.    **Background**

On May 20, 2022, his mother illegally transferred the child from Mexico to USA.

I went to the child abduction office to fill out The Hague Convention Return Application.

On March 8, 2023, Deputy Attorney General Bridget Billeter Statewide Child Abduction Coordinator and c/o Deputy Attorney General Elizabeth Hereford send an application for the return of Chvanov (California Attorney General's Office, 455 Golden Gate Ave, Suite 11000, San Francisco, CA 94102) , Ignat Daniilovich pursuant to the Hague Convention on the Civil Aspects of International Child Abduction. It was found out that the child and respondent parent were believed to be residing in California.

On March 24, 2023, Deputy District Attorney Tammy Jacobs (Child Abduction Unit Orange County District Attorney's Office 401 Civic Center Dr. West Santa Ana, CA 92701) sent a request for assistance in securing the return of five-year-old Ignat Daniilovich Chvanov to his country of habitual residence, Mexico, pursuant to the Hague Convention on the Civil Aspects of International Child Abduction.

5.    **Participation in proceedings:**

On May 8, 2023, the ORAL CIVIL AND FAMILY COURT OF FIRST INSTANCE IN THE JUDICIAL DISTRICT OF SOLIDARIDAD, QUINTANA ROO, MEXICO accepted the statement of claim from the Father to determine the place of residence of the child.
I HAVE participated as a party, plaintiff, or in any capacity in any other litigation or custody proceeding in this or another state, jurisdiction, or country, concerning the determination of the place of child's residence.
a. Name of each child:  Ignat Chvanov.
b. Type of proceeding:  custody and place of permanent residence
c. Court and state:  ORAL CIVIL AND FAMILY COURT OF FIRST INSTANCE IN THE JUDICIAL DISTRICT OF SOLIDARIDAD, QUINTANA ROO
d. Date of court order or judgment: 2023/05/08

**Desicion:** The Court estimates appropriate to determine that things shall be kept as they are, related to the minor child, whose name is IGNAT DANIILLOVICH CHVANOV, this Court under careful arbitration decides under the care and protection of his father, Mr. DANIIL VIKTOROVICH CHVANOV, provided that this does not imply any provisional or final granting of custody, but its sole purpose is for the Court to have knowledge of the place, where the the minor lives, whilst this court gathers the necessary elements to decide on this matters.

6.      **Jurisdiction.** This Court has jurisdiction pursuant to the current Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA), which is codified at FamilyCode §§ 3400-3465.

7.      **Emergency Petition:**  Pursuant to the Convention of 25 October 1980 on the Civil Aspects of International Child Abduction.

a.      In accordance with art.12 (the Convention of 25 October 1980 on the Civil Aspects of International Child Abduction) Less than one year has passed since the date of illegal transfer.
b.      In accordance with art. 3 (the Convention of 25 October 1980 on the Civil Aspects of International Child Abduction). Father did not give permission to move the child to the US.
c.      The child's transfer was undertaken on the invalid national all-purpose passport for abroad traveling of RF.

Father requests that this Petition be treated as an emergency petition and requests an expedited proceeding.

WHEREFORE, Petitioner Danil Chvanov requests this Court:

Transfer the child to a counsel for petitioner on the base of the power of attorney, Artur Kuznetsov, who represents my legitimate interests, so that he  will secure the return of five-year-old Ignat Daniilovich Chvanov to his country of habitual residence, Mexico.

*From 2022/05/16 to 2023/05/16 Artur Kuznetsov, represented in courts in the United States by proxy the interests of parents whose children were illegally abducted and the following courts issued orders for the transfer of children to Artur Kuznetsov and the return of children to their usual place of residence.*

*Return Order 2023/04/04 File 319301, M-02370-23 Family Court of the State of New York, judge Hon.Hasa A. Kingo,*

*Return Order 2022/12/21 Case No FMCE22015171 in The Circuit Court of the 17th judicial circuit in and for Broward County, Florida judge Weekes, Mariya*

*Return Order 2022/05/16 Case No FMCE22001955 in The Circuit Court of the 17th judicial circuit in and for Broward County, Florida judge Davis Michael*

*All orders were executed in full; information about the execution was transmitted to the courts.*

<u>VERIFICATION</u>

**I understand that I am swearing or affirming under oath to the accuracy of this petition and that the information provided for herein is true and accurate. I further understand that the punishment for knowingly making a false statement or incomplete disclosure includes fines and/or imprisonment.**

Date: 2023/5/17

**<u>Petitioner</u>** Danil Chvanov

**Counsel for Petitioner** Artur Kuznetsov

Power of Attorney, Artur Kuznetsov,
Passport 76 1503831, date of issue 04.09.2019
Phone: +7 995 003-91-91, +1 (949)-524-9764
Web site: www.arturkuznetcov.team,
www.arturkuznetcov.com
Email: info@arturkuznetcov.team
Address: 614 N Linwood Ave, Santa Ana, CA 92701, USA

EXHIBIT

**POWER OF ATTORNEY**

April 11, 2023

I, cit. Chvanov Daniil Viktorovich, born on July 08, 1990, place of birth: Lipetsk city, citizenship: Russian Federation, gender: male, passport of a citizen of the Russian Federation 66 3144027, issued by the Department of the Ministry of interior of Russia on march 31, 2022, subdivision code 0043, registered at the place of residence at the address: Lipetsk territory, Lipetsk city, Tsiolkovskogo street, house 17, apt. 126, authorize by this power of attorney,

cit. Kuznetsov Artur Rudolfovich, born on August 02, 1986, place of birth: Pribrezhny village of the Slavyansky District of the Krasnodar Territory, citizenship: Russian Federation, gender: male, passport of a citizen of the Russian Federation 76 1503831 issued by the Department of the Ministry of interior of Russia on September 04, 2019, subdivision code 29005, registered at the place of residence at the address: Krasnodar Territory, Anapa city, Promyshlennaya street, house 9, building 1, apt. 112,

represent my interests in institutions and organizations of the United States of America and international organizations on the issue of searching for and returning to the Mexico my child Chvanov Ignat Daniilovich, born on January 1, 2018, taken out of the Mexico without my consent, including 1n accordance with the provisions of the Convention on the Civil Law Aspects of International Child Abduction, represent interests in law enforcement agencies, with private detectives, in specially authorized bodies (Central Authority), on the issue of ensuring the immediate return of my minor children to Mexico, with the right to take appropriate measures to ensure the prompt return of children, on matters related to locating children, preventing further harm to children, taking or securing interim measures, voluntary return of children, on the issue of promoting the peaceful settlement of disputes, with the right to initiate judicial or administrative procedures in order to achieve the return of children, with the right to carry out various activities to organize and ensure the effective implementation of the return of children, perform other actions related to fulfillment of these orders.

Prosecute cases on this issue in all courts of the judicial system of the United States of America courts of other countries with the performance of all procedural actions, submit consent on my behalf to the processing of my personal data, in the form and manner prescribed by the current legislation of the Mexico, sign for me, perform all other actions and formalities related to the execution of this assignment.

The power of attorney is issued for a period of three years, with a ban on the transfer of powers under this power of attorney to other persons.

Chvanov Daniil Viktorovich

LUIS RICARDO DUARTE GUERRA, titular de la notaría número veinticuatro de la Ciudad de México, CERTIFICO: Que ante mí compareció el señor **DANIIL CHVANOV** de cuya identidad me aseguré y puso ante mí la firma que aparece en este documento, el cual va sellado y rubricado por mí, ratificando en este acto su contenido. --------------------
Todo lo anterior consta en el acta marcada con el número treinta y dos mil setecientos treinta y nueve, de fecha diez de abril de dos mil veintitrés, ante mí. -----------
Doy fe. -------------------------------------------------
Ciudad de México, a once de abril de dos mil veintitrés. -
SST. --------------------------------------------------------





LUIS RICARDO DUARTE GUERRA
TITULAR DE LA NOTARIA No. 24
DE LA CIUDAD DE MÉXICO






**GOBIERNO DE LA CIUDAD DE MÉXICO**
CONSEJERÍA JURÍDICA Y
DE SERVICIOS LEGALES
DIRECCIÓN GENERAL JURÍDICA
Y DE ESTUDIOS LEGISLATIVOS

Ciudad de México
Apostille
Convention de la Haye du 5 octobre 1961

Derechos $       110.00

Núm. Orden     31054

En México el presente documento público ha sido firmado por LUIS RICARDO DUARTE GUERRA quien actúa en calidad de TITULAR DE LA NOTARIA 24 DE LA CIUDAD DE MEXICO y está revestido del sello correspondiente a LIC. LUIS RICARDO DUARTE GUERRA, NOTARÍA No. 24, CIUDAD DE MEXICO ESTADOS UNIDOS MEXICANOS ESCUDO NACIONAL Certificado en CIUDAD DE MÉXICO por LIC. JOEL CHAVEZ MARTINEZ JEFE DE UNIDAD DEPARTAMENTAL DE CONSULTAS JURIDICAS DE LA DIRECCIÓN GENERAL JURÍDICA Y DE ESTUDIOS LEGISLATIVOS DE LA CONSEJERÍA JURÍDICA Y DE SERVICIOS LEGALES.



**GOBIERNO DE LA CIUDAD DE MÉXICO**
CONSEJERÍA JURÍDICA Y
DE SERVICIOS LEGALES
DIRECCIÓN GENERAL JURÍDICA
Y DE ESTUDIOS LEGISLATIVOS

Ciudad de México
Apostille
Convention de la Haye du 5 octobre 1961



GOBIERNO DE LA
CIUDAD DE MÉXICO

Derechos $            110.00

Núm. Orden          31054

En México el presente documento público ha sido firmado por  LUIS RICARDO
DUARTE GUERRA quien actúa en calidad de TITULAR DE LA NOTARIA 24 DE
LA CIUDAD DE MÉXICO y está revestido del sello correspondiente a LIC. LUIS
RICARDO DUARTE GUERRA,  NOTARIA No. 24,  CIUDAD DE MEXICO
ESTADOS UNIDOS MEXICANOS ESCUDO NACIONAL  Certificado en CIUDAD
DE MÉXICO por LIC.  JOEL CHAVEZ MARTINEZ JEFE DE UNIDAD
DEPARTAMENTAL DE CONSULTAS JURÍDICAS DE LA DIRECCIÓN GENERAL
JURÍDICA Y DE ESTUDIOS LEGISLATIVOS DE LA CONSEJERÍA JURÍDICA Y
DE SERVICIOS LEGALES.

CIUDAD DE MÉXICO el  12 de abril de 2023

E LA CIUDAD DE MÉXICO
EJERÍA JURÍDICA Y
RVICIOS LEGALES
ÓN GENERAL JURÍDICA
TUDIOS LEGISLATIVOS

9370130446909BD1E89HCapturado por MZG

Valida la autenticidad de este documento en http://data.consejeria.comx.gob.mx/verificaAL/datosWeb.asx
Clave———> DE842007AF2E7D94B1B55D6814892C06



**ROB BONTA**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

600 WEST BROADWAY, SUITE 1800
SAN DIEGO, CA 92101
P.O. BOX 85266
SAN DIEGO, CA 92186-5266

Public: (619) 738-9000
Telephone: (619) 738-9235
Facsimile: (619) 645-2012
E-Mail: Ksenia.Gracheva@doj.ca.gov

March 24, 2023

Deputy District Attorney Tammy Jacobs
Child Abduction Unit
Orange County District Attorney's Office
401 Civic Center Dr. West
Santa Ana, CA 92701

Re: Hague Case No. AGI-23-12-CHVANOV-MEXICO-ORANGE COUNTY
Matter ID#: SD2023400531
Father: Daniil Viktorovich Chvanov (applicant)
Mother: Iana Igorevna Chvanova (respondent)
Child: Ignat Daniilovich Chvanov (DOB: 01/01/2018)
Date of Abduction: May 20, 2022

Dear Ms. Jacobs:

  Enclosed please find a request for assistance in securing the return of five-year-old Ignat Daniilovich Chvanov to his country of habitual residence, Mexico, pursuant to the Hague Convention on the Civil Aspects of International Child Abduction. The child and mother are believed to be residing at the following location in your jurisdiction:

**27822 Siruela**
**Mission Viejo, CA 92692**

  It appears from the application and supporting documents that the parents were married on July 14, 2016, in Lipetsk, Russia. Their son, Ignat, was born on January 1, 2018, in Lipetsk. The parents remain married and there do not appear to be any custody orders in place.

  According to the father, the family relocated from Russia to Mexico in February 2022 to expand his business. The father remained in Russia for work purposes, but rented accommodations in both Cancún and Playa del Carmen for the mother and child. In May 2022, the mother stopped answering phone calls and would only communicate via text message. The father decided to travel to Mexico to spend time with his family. When he

Tammy Jacobs, Deputy District Attorney
March 13, 2023
Page 2

arrived, however, the mother and child were missing. He was unable to find them in Cancún or Playa del Carmen, and the neighbors had not seen them.

The father claims that after a few days of searching, he started receiving text messages with pictures of Ignat from an unknown California phone number. He believed that his family had been kidnapped and turned to the police in Quintana Roo for help. However, he later received a message from the mother informing him that she had found a new husband and father for Ignat, and not to call or look for them. That was when he realized that the mother had taken the child to the United States without his knowledge or consent.

The following documents are being transmitted to you electronically:

1. State Department cover letter;
2. Hague application;
3. Birth certificate;
4. Photographs of the child and mother;
5. Marriage certificate;
6. Civil code;
7. Voluntary return letter acknowledgement;
8. Authorization to release case information;
9. Copy of father's application for legal assistance.

I appreciate your assistance in helping to resolve this case. I will forward any additional documents or information as soon as they are received. Please email me at Ksenia.Gracheva@doj.ca.gov if you need any additional documents (including the original documents now being transmitted electronically) or have any questions regarding this case. Please keep me informed as to its status.

Sincerely,

*Ksenia D. Gracheva*

KSENIA D. GRACHEVA
Deputy Attorney General

For  ROB BONTA
     Attorney General

AGI-23-12
SD2023400531



**United States Department of State**

*Washington, D.C.   20520*

March 8, 2023

Deputy Attorney General Bridget Billeter
Statewide Child Abduction Coordinator
c/o Deputy Attorney General Elizabeth Hereford
California Attorney General's Office
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102

Sent via email: Bridget.Billeter@doj.ca.gov, Tan.nguyen@doj.ca.gov

**Re: New Hague Convention Return Application – Chvanov, Ignat Daniilovich**

Dear Ms. Billeter:

Enclosed please find an application for the return of Chvanov, Ignat Daniilovich pursuant to the Hague Convention on the Civil Aspects of International Child Abduction. According to the application, around May, 2022, the child was taken from Mexico. The child and respondent parent are believed to be residing in California.

The following is information that may be helpful in this matter:

**Respondent Parent:** Chvanova, Iana Igorevna

**DPOB:** September 3, 1991; Russia

**Child:**  Chvanov, Ignat Daniilovich

**DPOB:** January 1, 2018; Russia

**Date of wrongful removal/retention:** May, 2022

**Probable address of the respondent parent:**  27822 Siruela Mission Viejo, CA 92692

Please see attached photos for location information.

Included with the Hague application are:

1.  Birth Certificate;
2.  Photos

Please note that the applicant parent has not authorized the Office of Children's Issues, as the U.S. Central Authority under the Hague Convention on the Civil Aspects of International Child Abduction, to send a Voluntary Return Letter to alleged taking parent.

If you have any further questions or concerns, please feel free to email me at
WoodleyA@state.gov

Thank you and best regards.


Sincerely,

*Allison Woodley*

Country Officer
Office of Children's Issues

Enclosures as stated

 **RELACIONES EXTERIORES**
SECRETARÍA DE RELACIONES EXTERIORES



JEFATURA DE UNIDAD PARA AMÉRICA DEL NORTE
DIRECCIÓN GENERAL DE PROTECCIÓN CONSULAR
Y PLANEACIÓN ESTRATÉGICA
**COORDINACIÓN DE DERECHO DE FAMILIA**

Página | 1

<u>**Para llenado exclusivo de la Oficina de Pasaportes de la SRE:**</u>

General Direction of Consular Protection
and Strategic Planning of the Ministry
of Foreign Affairs

**Oficina de pasaportes**

U.S. Department of State
(Office of Children's Issues)

**País requerido**

**[Marque sólo una opción]**

| Derechos de Visita<br>Access Rights | ☐ | Restitución Internacional<br>International Return | ✓ |

**Número de menores**
**Number of children**   | 1 |

| CHVANOV | | IGNAT DANIILOVICH | 5 |
| --- | --- | --- | --- |
| Apellido paterno/Last name | Apellido materno/Maternal last name | Nombre(s)/First and middle name | Edad/Age |
| | | | |
| Apellido paterno/Last name | Apellido materno/Maternal last name | Nombre(s)/First and middle name | Edad/Age |
| | | | |
| Apellido paterno/Last name | Apellido materno/Maternal last name | Nombre(s)/First and middle name | Edad/Age |
| | | | |
| Apellido paterno/Last name | Apellido materno/Maternal last name | Nombre(s)/First and middle name | Edad/Age |
| | | | |
| Apellido paterno/Last name | Apellido materno/Maternal last name | Nombre(s)/First and middle name | Edad/Age |



**SECRETARIA DE RELACIONES EXTERIORES**
SOLICITUD DE ASISTENCIA CON BASE EN LA
CONVENCION DE LA HAYA SOBRE LOS
ASPECTOS CIVILES DE LA SUSTRACCION
INTERNACIONAL DE MENORES

Página | 2

El llenado de la presente solicitud es exclusivo del solicitante, favor de llenar los espacios con letra de molde o a computadora. / Only the applicant should fill out this form. Please type or handwrite the requested information.

| Número de menores Number of minors | 1 | Derechos de Visita Access Rights | ☐ | Restitución Internacional International Return | ☑ |

| **I. DATOS DEL MENOR/INFORMATION ABOUT THE CHILD** |

**NOMBRE DEL MENOR/NAME OF THE CHILD**

| CHVANOV | | IGNAT DANIILOVICH |
|---|---|---|
| Apellido paterno/Last name | Apellido materno/Maternal last name | Nombre(s)/First and middle name |

| 01 / JANUARY / 2018 | RUSIA city of Lipetsk, Lipetsk region, Russia | RUSA RUSSIAN |
|---|---|---|
| Fecha de nacimiento/Date of birth | Lugar de nacimiento/Place of birth | Nacionalidad/Citizenship |

| 01 / JANUARY / 2028 | HOMBRE MALE | 5 |
|---|---|---|
| Cumplirá 16 años el/Who will be the age of 16 years on national all-purpose passport for abroad travelling of RF citizen | Sexo/Gender | Edad / Age |

| 65 6827718 | 02 / AUGUST / 2018 | MEXICO ntry |
|---|---|---|
| Número de pasaporte     Y Passport number     and | Fecha de Caducidad Expiration date | Residencia habitual ANTES DE LA SUSTRACCION/ Habitual residence BEFORE THE ABDUCTION |

**INFORMACIÓN FÍSICA/PHYSICAL INFORMATION**

| | | | |
|---|---|---|---|
| Estatura/Height | Peso /Weight | Color de cabello/Hair color | Color de ojos/Eye color |

| photo attached  FOTO ANEXA |
|---|
| Señas particulares/Distinctive marks |

**POSIBLE UBICACIÓN/CURRENT OR POSSIBLE LOCATION**

| SIRUELA | 27822 | | |
|---|---|---|---|
| Calle/Street | Núm/Num   Int/Appt | | Colonia |

| MISSION VIEJO | | |
|---|---|---|
| Ciudad/City | Municipio/County | Comunidad o poblado/Community or town |

| CALIFORNIA | USA | 92692-2732 |
|---|---|---|
| Estado o Provincia/State or Province | País/Country | C.P. /ZIP Code |

**II. INFORMACION DE LA PERSONA O INSTITUCIÓN QUE SOLICITA LA RESTITUCION O EL EJERCICIO EFECTIVO DE DERECHOS DE VISITA/**
**II. INFORMATION CONCERNING THE PERSON OR INSTITUTION REQUESTING RETURN OR ENJOYMENT OF THE RIGHT OF ACCESS**

**RELACIÓN CON EL MENOR/ RELATIONSHIP WITH THE CHILD/REN**

Página | 3

Padre/ Father [✓]   Madre/ Mother [ ]   Ambos/ Both [ ]   Institución/ Institution [ ]   Otro: / Other: _____

¿Ejercía el solicitante la patria potestad y/o custodia del menor?
Was the applicant exercising parental and/or custodial rights?
Sí/Yes [✓]   No/No [ ]

| CHVANOV | | DANIIL VIKTOROVICH |
|---|---|---|
| Apellido paterno/Last name | Apellido materno/Maternal Last name | Nombre(s)/First and Middle name |

| 08 / JUNE / 1990 | RUSIA city of Lipetsk, Lipetsk region, Russia | RUSA RUSSIAN |
|---|---|---|
| Fecha de nacimiento/Date of birth | Lugar de nacimiento/Place of birth | Nacionalidad/Citizenship |

| | HOMBRE MALE | 32 |
|---|---|---|
| Otra nacionalidad/Other nationality | Sexo/Gender | Edad / Age |

**DIRECCIÓN/ADDRESS**

| Av Tulum, Viento | 34 | SM 04 M 13 L 7- 9 |
|---|---|---|
| Calle/Street | Núm/Num Int/Appt | Colonia |

| CANCÚN | | |
|---|---|---|
| Ciudad/City | Municipio/Municipality | Comunidad o poblado/County or town |

| QUINTANA ROO | MEXICO | 77500 |
|---|---|---|
| Estado o provincia/State or Province | País/Country | C.P. /ZIP Code |

**DATOS DE CONTACTO/ CONTACT INFORMATION**

| ( ) | ( ) | (+52)998 425 7196 |
|---|---|---|
| Teléfono de casa/Home number | Teléfono de oficina/Office number | Celular/Mobile |

| chemgroup48@gmail.com | +79205216955 |
|---|---|
| Correo electrónico/E-mail | Otros/Other |

**INSTITUCIÓN/INSTITUTION (llenar sólo si el solicitante es una institución)/(fill only if the applicant is an institution).**

| | |
|---|---|
| Nombre de la Institución/Institution's Name | Representante /Representative |

**III. INFORMACION DE LA PERSONA QUE PRESUNTAMENTE SUSTRAJO O RETUVO AL MENOR O IMPIDE LOS DERECHOS DE VISITA/INFORMATION CONCERNING THE PERSON ALLEGED TO HAVE WRONGFULLY REMOVED OR RETAINED THE CHILD, OR PREVENTING ACCESS**

**RELACIÓN CON EL MENOR/ RELATIONSHIP WITH CHILD/REN**

Página | 4

Padre / Father ☐     Madre / Mother ☑     Ambos / Both ☐     Otro: / Other: _____

| CHVANOVA | | IANA IGOREVNA |
|---|---|---|
| Apellido paterno/Last name | Apellido materno/Maternal last name | Nombre(s)/First and middle name |

| 03 / SEPTEMBER / 1991 | RUSIA<br>city of Lipetsk, Lipetsk region, Russia | RUSA<br>RUSSIAN |
|---|---|---|
| Fecha de nacimiento/Date of birth | Lugar de nacimiento/Place of birth | Nacionalidad/Citizenship |

| | MUJER<br>FEMALE | 31 |
|---|---|---|
| Otra nacionalidad/Other Nationality | Sexo/Gender | Edad / Age |

national all-purpose passport for abroad travelling of RF citizen        pasaporte nacional de uso múltiple para viajes al extranjero de

| | 75 3656970 | 01 / 09 / 2016 | MEXICO |
|---|---|---|---|
| Alias<br>Also known as | Número de pasaporte Y<br>Passport number    and | Fecha de Caducidad<br>Expiration date | Residencia habitual<br>Habitual residence |

**INFORMACIÓN FÍSICA/PHYSICAL INFORMATION**

| | | | |
|---|---|---|---|
| Estatura/Height | Peso /Weight | Color de cabello/Hair color | Color de ojos/Eye color |

photo attached  FOTOGRAFIA ANEXA

Señas particulares/Distinctive marks

**POSIBLE UBICACIÓN/ PROBABLE LOCATION**

| SIRUELA | 27822 | |
|---|---|---|
| Calle/Street | Núm/num  Int/Appt | Colonia |

| MISSION VIEJO | | |
|---|---|---|
| Ciudad/City | Municipio/County | Comunidad o poblado/Community or town |

| CALIFORNIA | USA | 92692-2732 |
|---|---|---|
| Estado o provincia/State or Province | País/Country | C.P. /ZIP Code |

| ( ) | ( ) | ( +1 )949 9936853 |
|---|---|---|
| Teléfono de casa/Home number | Teléfono de oficina/Office number | Celular/Mobile |

| yanu6a@yandex.ru /<br>yanu666a@gmail.com | |
|---|---|
| Correo electrónico/E-mail | Otros/Other |

**IV. NARRACIÓN DE LOS HECHOS Y CIRCUNSTANCIAS EN QUE OCURRIÓ LA SUSTRACCIÓN O RETENCIÓN ILÍCITA DEL (LOS) MENOR(ES)/ O BIEN LAS ACCIONES QUE IMPIDEN EL EJERCICIO EFECTIVO DEL DERECHO DE VISITA**

**IV. STATEMENT OF THE FACTS AND CIRCUMSTANCES SURROUNDING THE WRONGFUL REMOVAL OR ILLICIT RETENTION/ OR THE ACTIONS PREVENTING ACCESS**

Página

Indicar fecha, hora y lugar en que ocurrió la sustracción, incluyendo información sobre la fecha y temporalidad de cualquier permiso de viaje que se hubiera otorgado; o bien indicar la fecha en la que se dejó de ejercer el derecho de visita, si requiere más espacio incluya las hojas que considere necesarias. / Please provide a statement of the date, time, place and circumstances of the wrongful removal or retention, including the issuance and expiration date of any permission to travel; or the date in which access stopped. If you need more space, please attach additional sheets.

On May 20, 2022, the child was illegally moved from Mexico to the San Ysidro, USA The child was with his mother.

El 20 de mayo de 2022, el niño fue trasladado ilegalmente de México a San Ysidro, Estados Unidos

## V. DATOS DE LOS PADRES/ PARENT INFORMATION

¿Están o estaban casados? / Are you or were you married?

☑ Sí / Yes   ☐ No/No

Página | 7

En caso afirmativo, por favor llene lo siguiente: / If so, please complete the following:

Marriage Palace of the Civil Registration
Directorate of the Administration of
the city of Lipetsk

**Lugar del matrimonio/Place of marriage**

14 / JULY / 2016

**Fecha /Date**

STILL MARRIED

DD / MM / YYY

**Lugar del divorcio/Place of divorce**

**Fecha /Date**

¿Hay alguna resolución o convenio judicial relativo a los menores?/
Is there any judicial decree related to the child(ren)?
(En caso afirmativo la misma deberá anexarse)/
(If so, please attach it)

☐ Sí /Yes   ☑ No/No

¿Habitaban juntos antes de la sustracción?
Were the parents living together before the abduction?

☑ Sí /Yes   ☐ No/No

## VI. PROCEDIMIENTOS O INSTANCIAS EN TRÁMITE/ONGOING PROCEEDINGS

Por favor especifique si existen procedimientos judiciales relacionados con el/ los menor(es) en curso. Si requiere más espacio incluya las hojas que considere necesarias. / Please state if there are ongoing judicial proceedings concerning the child/ren. If you need more space, please attach additional sheets.

At this time there is a trial that began on November 11, 2022 in case number 2180/2022 in the Quintana State Judicial Branch.

En este momento existe un juicio iniciado el 11 de noviembre de 2022 en la causa número 2180/2020 en el Poder Judicial del Estado de Quintana.

## DATOS DE CONTACTO DEL ABOGADO / ATTORNEY'S CONTACT INFORMATION

( )

( +52)555 401 7408

( )

**Teléfono directo/ Direct line**   **Teléfono de oficina/Office number**   **Celular/Mobile**

Laura Yesenia Carreño Díaz and
Mario Enrique Herrera Carrasco
marioeherrera@hotmail.com

Acanceh Avenue, Super Block 11, Block 2, lot 3, Floor 3.
Postal Code 77504

| Correo electrónico/E-mail | Otros/Other |
|---|---|

**VII. (LLENAR ESTA PARTE SÓLO SI SE SOLICITA LA RESTUTUCIÓN O DERECHOS DE VISITA DE MÁS DE UN MENOR/ COMPLETE THIS PART ONLY IF YOU ARE REQUESTING THE RETURN OR ACCESS OF MORE THAN ONE CHILD)**

### NOMBRE DEL MENOR /NAME OF THE CHILD

Página | 8

Apellido paterno/Last name        Apellido materno/Maternal last name   Nombre(s)/First and Middle name

DD    /    MM    /    YYYY
Fecha de nacimiento/Date of birth        Lugar de nacimiento/Place of birth        Nacionalidad/Citizenship

DD    /    MM    /    YYYY
Cumplirá 16 años el/Who will be the age of 16 years on   Sexo/Gender        Edad / Age

              DD   /   MM   /  YYYY                    País /Country
Número de pasaporte/   Y   Fecha de Caducidad/   Residencia habitual ANTES DE LA SUSTRACCION/
Passport number        and   Expiration date        Habitual residence BEFORE THE ABDUCTION

### INFORMACIÓN FÍSICA/PHYSICAL INFORMATION

Estatura/Height     Peso /Weight     Color de cabello/Hair color        Color de ojos/Eye color

Señas particulares/Distinctive marks

### NOMBRE DEL MENOR /NAME OF THE CHILD

Apellido paterno/Last name        Apellido materno/Maternal last name   Nombre(s)/First and middle name

DD   /    MM        /    YYYY
Fecha de nacimiento/Date of birth        Lugar de nacimiento/Place of birth        Nacionalidad/Citizenship

DD    /    MM        /    YYYY
Cumplirá 16 años el/Who will be the age of 16 years on  Sexo/Gender        Edad / Age

              DD   /   MM   /  YYYY                    País /Country
Número de pasaporte/   Y   Fecha de Caducidad/   Residencia habitual ANTES DE LA SUSTRACCION/
Passport number        and   Expiration date        Habitual residence BEFORE THE ABDUCTION

### INFORMACIÓN FÍSICA/PHYSICAL INFORMATION

Estatura/Height     Peso /Weight     Color de cabello/Hair color        Color de ojos/Eye color

Señas particulares/Distinctive marks

## VIII. PROPUESTA DE RETORNO O CONVIVENCIAS CON EL MENOR/PROPOSAL FOR RETURN OR ACCESS

Página | 9

Proporcionar información sobre la manera en que se propone que viaje el menor y las personas que lo acompañarían a su lugar de residencia habitual en caso de ordenarse su retorno; o bien, la propuesta de convivencias y/o contacto por medios electrónicos en caso de haber solicitado derechos de visita. Si requiere más espacio, favor de anexar las hojas necesarias.

Please provide information about proposed travel arrangements for the child if return is ordered, including the name of the person traveling with the child. If you request access please provide visitation and/or contact proposal.

It is necessary to conduct a complex of investigative activities to determine the actual location of the Ms. Chvanova I.I. or Mr.Chvanova I.D. and to undertake urgent measures to return the child to the Mexico.

Es necesario llevar a cabo un complejo de actividades de investigación para determinar la ubicación real de la Sra. Chvanova I.I. o el señor Chvanova D.I. y tomar medidas urgentes para devolver al menor a México.

**IX. COMENTARIOS Y OBSERVACIONES/ADDITIONAL REMARKS**

Favor de especificar si cuenta con documentación migratoria para ingresar al país en el que se encuentra el menor/es, si está disponible y cuenta con los recursos para viajar y si habla el idioma del país de que se trate. Please specify if you have documents required to enter the country where the child/ren is/are located, if you are available and have the resources to travel and whether you speak the language of that country.

Por favor, tan pronto como determine el paradero del niño y la esposa, avíseme directamente a mí o a mi abogado.

Please, as soon as you determine the parade of the child and wife, notify me or my lawyer directly

Página | 9

**DOCUMENTOS QUE SE ANEXAN/DOCUMENTS ATTACHED**

☑ FOTOGRAFIA DEL MENOR/ES PHOTOGRAPH OF THE CHILD(REN)

☑ FOTOGRAFIA DE LA PERSONA QUE PRESUNTAMENTE SUSTRAJO AL (LOS) MENOR(ES)PHOTOGRAPH OF THE PERSON ALLEGED TO HAVE WRONGFULLY REMOVED THE CHILD(REN)

☑ COPIA CERTIFICADA DEL ACTA DE NACIMIENTO DEL(OS) MENOR(ES)/CERTIFIED COPY OF THE BIRTH CERTIFICATE OF THE CHILD(REN)

☑ COPIA CERTIFICADA DEL ACTA DE MATRIMONIO/CERTIFIED COPY OF THE MARRIAGE CERTIFICATE

☐ SENTENCIA QUE DECRETA EL DIVORCIO/DIVORCE DECREE

☐ ACUERDO O CONVENIO JUDICIAL RELATIVO A LA CUSTODIA Y/O AL EJERCICIO DEL DERECHO DE VISTA/JUDICIAL AGREEMENT CONCERNING CUSTODY OR ACCESS

☑ OTROS (OTHER):

Petición de la Fiscalía al gobierno de Estados Unidos

| Lugar y firma/Place and Signature | 15.02.2023 |
|---|---|
| | Fecha/Date |

In February 2022 my family decided to move to Mexico. I am a businessman with 10 years of experience in the field of commodity business, and for me Mexico is seen as a country with great opportunities for my work and a good nature for my child. Since my wife doesn't work, all family expenses are on me. We agreed that he will go to Mexico with my son Ignat, arrange his life and start collecting papers for migration documents. While I was finishing up all the things related to my job, I rented accommodations for my family in Playa Del Carmen and Cancun so they could choose the city they wanted to live in.

In May 2022 my wife stopped taking my calls, she answered only in text, I thought she was offended that I was taking so long to finish all the business related work and I did not pay much attention and went to my family in Mexico. When I arrived in Cancun on May 28 my wife was not answering the phone and moreover was not online. Trying to find my family in the area I was unable to do so, the same evening I went to Playa Del Carmen where also without success could not find them. None of their neighbors had seen them or could tell what was wrong with them.

After several days of searching, on my phone number +79205216955 I began to receive photos of my son from unknown (different) phone numbers. I was afraid that my family had been kidnapped and I do not know if they are alive at all. I went to the police and then to the FGE, where after showing the photos, began to explain the situation, where I was hastened to assure that the phone numbers from which I was receiving photographs belonged to the U.S. State of California and that it had nothing to do with them (the prosecutor's office in Mexico). This hopeless situation made me even more worried. Soon after literally a few days I received a message from my wife: "Don't call and don't look for us, I found a rich man and he will be the new father for my child."

At that point I realized that my child had been deliberately taken to the United States with my wife's knowledge and I hired lawyers in Mexico, where we had already contacted the FGE with their help and supervision. To this day, no one from the authorities was able to explain to me how a four year old child was able to cross two borders without his father's permission and without a passport.

Soon my attorneys said that the police were powerless in this matter and I had to go to court in Mexico and ask the court to grant me custody of the child for further transfer of this decision to the United States for execution. After several consultations with lawyers in the U.S., I was told that the Mexican court decision would have no effect in the territory of the U.S. since more than six months had passed since my child was in the U.S.

In January 2023 I started studying civil law myself in order to find a solution to my situation. And while researching civil cases, I came across a diplomatic law about returning children to their parents. It is the Hague

Convention. After figuring out the issue, I immediately went to the child abduction office, where they told me what documents they needed to work with.

With Regards DaniiL

ПОВТОРНОЕ

# СВИДЕТЕЛЬСТВО О РОЖДЕНИИ

**Чванов**
(фамилия)

**Игнат Даниилович**
(имя, отчество (при наличии)

родился(лась) **1 января 2018 г.**
(число, месяц, год)

место рождения **Россия, Липецкая область, г. Липецк**

о чем **2018** года **января** месяца **9** числа,
составлена запись акта о рождении № **10**

Отец **Чванов**
(фамилия)

**Даниил Викторович**
(имя, отчество (при наличии)

**Россия**
(гражданство)

" **8** " **июля** **1990 г.** **русский**
(дата рождения) (национальность (вносится по желанию отца)

Мать **Чванова**
(фамилия)

**Яна Игоревна**
(имя, отчество (при наличии)

**Россия**
(гражданство)

" **3** " **сентября** **1991 г.** **русская**
(дата рождения) (национальность (вносится по желанию матери)

Место государственной регистрации **94800006 Советский отдел управления**
(код и наименование органа, которым

**ЗАГС администрации города Липецка**
произведена государственная регистрация акта гражданского состояния)

Место выдачи свидетельства **94800006 Советский отдел управления ЗАГС**
(код и наименование органа, которым выдано

**администрации города Липецка**
свидетельство о государственной регистрации акта гражданского состояния)

" **30** " **марта** **2022** г.

Руководитель
(уполномоченный работник) **Н.В. Михалева**

II-РД № 558279

Гознак. МПФ. Москва. 2021. «В».

Приобрел(ла) гражданство
Российской Федерации

# СВИДЕТЕЛЬСТВО О РОЖДЕНИИ

**Чванов**
(фамилия)

**Игнат Даниилович**
(имя, отчество (при наличии)

родился(лась) **1 января 2018 г.**
(число, месяц, год)

место рождения **Россия, Липецкая область, г. Липецк**

о чем **2018** года **января** месяца **9** числа
составлена запись акта о рождении № **10**

Отец **Чванов**
(фамилия)

**Даниил Викторович**
(имя, отчество (при наличии)

**Россия**
(гражданство)

" **8** " **июля** **1990 г.**      **русский**
(дата рождения)      (национальность (вносится по желанию отца)

Мать **Чванова**
(фамилия)

**Яна Игоревна**
(имя, отчество (при наличии)

**Россия**
(гражданство)

" **3** " **сентября** **1991 г.**      **русская**
(дата рождения)      (национальность (вносится по желанию матери)

Место государственной регистрации **94800006 Советский отдел управления**
(код и наименование органа, которым
**ЗАГС администрации города Липецка**
произведена государственная регистрация акта гражданского состояния)

Место выдачи свидетельства **94800006 Советский отдел управления ЗАГС**
(код и наименование органа, которым выдано
**администрации города Липецка**
свидетельство о государственной регистрации акта гражданского состояния)

" **30** " **марта** **2022 г.**
Руководитель
(уполномоченный работник)      **Н.В. Михалева**

ПРД № 558279

Приобрел(ла) гражданство
Российской Федерации

*2*

*Translation from Russian to English*

QR-code                                                              Duplicate

## BIRTH SERTIFICATE

**Chvanov**
(surname)

**Ignat Daniilovich**
(given names, patronymic (if available)

was born on                          «1» January 2018 y.
(day, month, year)

**Place of birth: Russia, Lipetsk region, Lipetsk city**

The corresponding record № 10

thereof was made on the book of births **9** day of month **January** in the year **2018**

| Father | **Chvanov** |
|---|---|
| | (surname) |
| | **Daniil Viktorovich** |
| | (given names, patronymic ( if available ) |
| | **Russia** |
| | (citizenship) |
| «8» July 1990 y.<br>(date of birth) | **Russian**<br>(nationality (entered at the discretion of the father) |
| Mother | **Chvanova** |
| | (surname) |
| | **Iana Igorevna** |
| | (given names, patronymic ( if available ) |
| | **Russia** |
| | (citizenship) |
| «3» September 1991 y.<br>(date of birth) | **Russian**<br>(nationality (entered at the discretion of the mother) |
| Place of state registration | 94800006  Sovetskii department of civil registry directorate<br>of the Lipetsk city administration authority<br>(the code and name of the body by which the state registration of the civil status act was carried out) |
| Place of issue<br>of the certificate | 94800006  Sovetskii department of civil registry directorate<br>of the Lipetsk city administration authority<br>(the code and name of the body that issued the certificate) |
| Date of issue | «30» March 2022 y. |
| Chief (Authorized employee) | /signature/          N. V. Mikhaleva |

**II -РД № 558279**

Round seal: /Lipetsk Region, Civil registry directorate, Lipetsk city administration authority,
Primary State Registration Number (OGRN) 1034800577547, Sovetskii department, Taxpayer Identification Number (INN) 4826040808

Stamp: Acquired the citizenship of the Russian Federation
*paragraph A part 1 of Article 12 of the Federal Law – 62 from May 31,*
*2002*
*March 06, 2018    № 369*
<sub>Decision of the competent authority</sub>

*Division No. 2 of Migration Department of the Russian MIA*
*Administration for Lipetsk*
<sub>Name of authorized body</sub>

Date *April 05, 2022    / signature/*
Round seal: Ministry of Internal Affairs of the Russian Federation
480-002

Stamp: Passport issued
Series 66 № 3144459
from April 19, 2022
Issuing authority: Administration of Ministry of Internal Affairs 0043
Signature */signature/*

This is accurate and complete translation of the original document from Russian into English.

Translator _____

Это точный и полный перевод оригинала документа с русского на английский язык.

Переводчик _____

*подпись*

**Российская Федерация**

**Город Липецк, Липецкая область**

**Двадцать седьмого апреля две тысячи двадцать второго года**

Я, Денисова Наталия Валерьевна, временно исполняющий обязанности нотариуса Разумовой Ирины Александровны нотариального округа города Липецка Липецкой области, свидетельствую подлинность подписи переводчика Пекарского Артёма Станиславовича.

Подпись сделана в моем присутствии.

Личность подписавшего документ установлена.

Зарегистрировано в реестре: № **48/48-н/48-2022-3-880**.

Уплачено за совершение нотариального действия: 400 руб. 00 коп.

Н.В.Денисова

прошнуровано, пронумеровано,

скреплено печатью

на_____4_____(листах)

Подпись

 POLYGLOT
T R A D U C C I O N E S

I, the undersigned IRYNA LYANZURIDI, a duly recognized and authorized translator of the Civil Registry Directorate General of Guanajuato State, Mexico, registered under the number 07 in the List of Official Translators, currently authorized for the 2021-2022 period, published in the Official Journal of the Government of Guanajuato State No. 248 Second Part, on December 11th, 2020 (pages 19-23), and under the number 2 in the List of Authorized Experts of the Judicial Power of Guanajuato State, hereby certify that this translation from RUSSIAN to ENGLISH of the attached copy of the MARRIAGE CERTIFICATE, consisting of ONE page, is exact and trustworthy, to the best of my knowledge and belief.

**NOTE:** THE PATRONIMIC NAMES OF THE SPOUSES OF THIS MARRIAGE CERTIFICATE ARE VIKTOROVICH AND IGOREVNA, WHICH ARE OMITTED FOR THE LACK OF THEIR USE IN THE INTERNATIONAL PASSPORTS OF THE RUSSIAN FEDERATION AND IN ALL MEXICAN DOCUMENTATION.

Issued in the city of Leon, Guanajuato, on June 17th, 2022.



Ms. Iryna Lyanzuridi
Official Translator

Calle Loma de Pedregal No. 308 – int. 14,
Colonia Lomas del Campestre, León,
Guanajuato, México, CP 37150

Lic. Iryna Lyanzuridi
DGRC/PT/07

Calle Loma del Pedregal No. 308, int. 14 • Col. Lomas del Campestre • León, Gto. México • Tel: (477) 718-04-15

LIC. IRYNA LYANZURIDI
ESPAÑOL · ENGLISH · РУССКИЙ · УКРАЇНСЬКА МОВА

[Shield of Russia]

## MARRIAGE CERTIFICATE

Last name: **Chvanov**

Name:   **Daniil**                   Patronimic name: **Viktorovich**

Citizenship: **citizen of Russia**

Nationality (registered only if it is mentioned in the record of marriage celebration): **Russian**

Date of birth: **8th of July, 1990**

Place of birth: **c. Lipetsk**

and

Last name: **Yakovleva**

Name:   **Iana**                     Patronimic name: **Igorevna**

Citizenship: **citizen of Russia**

Nationality (registered only if it is mentioned in the record of marriage celebration): **Russian**

Date of birth: **3rd of September, 1991**

Place of birth: **c. Lipetsk**

celebrated marriage on **14.07.2016 fourteenth of July, two thousand sixteen**
(day, month, year with numbers and words)

whereof on the **14th day of the month of July of the year 2016** was made the record

in the register of marriages under the No. **753**.

Upon marriage, the parties assumed their last names as follows:

husband        **Chvanov**

wife            **Chvanova**

State registration place - **Marriage Palace of the Civil Registration Directorate
of the Administration of the city of Lipetsk**
(name of the civil registration office)

Date of issuance:  **14th of July, 2016**

Head of the civil registration office:   *(Illegible signature)*   **G.V. Bélkina**

[SEAL of the civil registration office
in the city of Lipetsk, Russian Federation]

Serie I-РД No. 716018

Lic. Iryna Lyanzuridi
DGRC/PT/07

# СВИДЕТЕЛЬСТВО
## О ЗАКЛЮЧЕНИИ БРАКА

**Чванов**
фамилия

**Даниил Викторович**
имя, отчество

**гражданин России**
гражданство

**русский**
национальность (графа заполняется, если один из лиц, заключающих брак)

**08** июля **1990** г.
дата рождения

**г. Липецк**
место рождения

и

**Яковлева**
фамилия

**Яна Игоревна**
имя, отчество

**гражданка России**
гражданство

**русская**
национальность (графа заполняется, если один из лиц, заключающих брак)

**03** сентября **1991** г.
дата рождения

**г. Липецк**
место рождения

заключили брак **14.07.2016**
число, месяц, год (цифрами и прописью)

**четырнадцатого июля две тысячи шестнадцатого года**

о чем **2016** года **июля** месяца **14** числа
составлена запись акта о заключении брака № **753**

После заключения брака присвоены фамилии:

мужу **Чванов**

жене **Чванова**

Место государственной регистрации
**Дворец бракосочетания управления ЗАГС администрации города Липецка**
наименование органа записи актов гражданского состояния

Дата выдачи **14** июля **2016**

Руководитель органа
записи актов гражданского состояния

**Г.В. Белкина**

ПРД № **716018**

ПОВТОРНОЕ

# СВИДЕТЕЛЬСТВО
# О РОЖДЕНИИ

**Чванов**
(фамилия)

**Игнат Даниилович**
(имя, отчество (при наличии))

родился(лась) **1 января 2018 г.**
(число, месяц, год)

место рождения **Россия, Липецкая область, г. Липецк**

о чем **2018** года **января** месяца **9** числа
составлена запись акта о рождении № **10**

Отец **Чванов**
(фамилия)

**Даниил Викторович**
(имя, отчество (при наличии))

**Россия**
(гражданство)

" **8** " **июля** **1990** г. **русский**
(дата рождения) (национальность (вносится по желанию отца))

Мать **Чванова**
(фамилия)

**Яна Игоревна**
(имя, отчество (при наличии))

**Россия**
(гражданство)

" **3** " **сентября** **1991** г. **русская**
(дата рождения) (национальность (вносится по желанию матери))

Место государственной регистрации **94800006 Советский отдел управления**
(код и наименование органа, которым
**ЗАГС администрации города Липецка**
произведена государственная регистрация акта гражданского состояния)

Место выдачи свидетельства **94800006 Советский отдел управления ЗАГС**
(код и наименование органа, которым выдано
**администрации города Липецка**
свидетельство о государственной регистрации акта гражданского состояния)

Дата выдачи " **30** " **марта** **2022** г.
Руководитель
(уполномоченный работник) **Н.В. Михалева**

П-РД № 558279

Гознак. МПФ. Москва. 2021. «В»

Приобрел(ла) гражданство
Российской Федерации

Выдан паспорт

серия 66 № 3144459

от 19 04 20 22

УМВД 0043

# СВИДЕТЕЛЬСТВО
# О РОЖДЕНИИ

Чванов
(фамилия)

Игнат Даниилович
(имя, отчество (при наличии)

родился(лась) 1 января 2018 г.
(число, месяц, год)

место рождения Россия, Липецкая область, г. Липецк

о чем   2018   года   января   месяца   9   числа
составлена запись акта о рождении № 10

Отец Чванов
(фамилия)

Даниил Викторович
(имя, отчество (при наличии)

Россия
(гражданство)

" 8 "   июля   1990 г.                русский
(дата рождения)                  (национальность (вносится по желанию отца)

Мать Чванова
(фамилия)

Яна Игоревна
(имя, отчество (при наличии)

Россия
(гражданство)

" 3 "   сентября   1991 г.                русская
(дата рождения)              (национальность (вносится по желанию матери)

Место государственной регистрации
94800006 Советский отдел управления
(код и наименование органа, которым
ЗАГС администрации города Липецка
произведена государственная регистрация акта гражданского состояния)

Место выдачи свидетельства   94800006 Советский отдел управления ЗАГС
(код и наименование органа, которым выдано
администрации города Липецка
свидетельство о государственной регистрации акта гражданского состояния)

" 30 "   марта   2022 г.

Н.В. Михалева

ПРД № 558279

Приобрел(ла) гражданство
Российской Федерации
ч. 1. ст. 14
№ 64 от 4.05.2011
от 2018 № 369

*2*

*Translation from Russian to English*

QR-code                                                                          Duplicate

## BIRTH SERTIFICATE

**Chvanov**
(surname)

**Ignat Daniilovich**
(given names, patronymic (if available)

was born on                    «1» January 2018 y.
                               (day, month, year)

Place of birth: **Russia, Lipetsk region, Lipetsk city**

The corresponding record № **10**

thereof was made on the book of births **9** day of month **January** in  the year **2018**

| Father | **Chvanov** |
|---|---|
| | (surname) |
| | **Daniil Viktorovich** |
| | (given names, patronymic ( if available ) |
| | **Russia** |
| | (citizenship) |
| **«8» July 1990  y.** | **Russian** |
| (date of birth) | (nationality (entered at the discretion of the father) |

| Mother | **Chvanova** |
|---|---|
| | (surname) |
| | **Iana Igorevna** |
| | (given names, patronymic ( if available ) |
| | **Russia** |
| | (citizenship) |
| **«3» September  1991  y.** | **Russian** |
| (date of birth) | (nationality (entered at the discretion of the mother) |

| Place of state registration | 94800006   Sovetskii department of civil registry directorate of the Lipetsk city administration authority |
|---|---|
| | (the code and name of the body by which the state registration of the civil status act was carried out) |
| Place of issue of the certificate | 94800006   Sovetskii department of civil registry directorate of the Lipetsk city administration authority |
| | (the code and name of the body that issued the certificate) |

Date of issue      **«30» March 2022 y.**

| Chief (Authorized employee) | */signature/* | N. V. Mikhaleva |
|---|---|---|

**II -РД № 558279**

Round seal: /Lipetsk Region, Civil registry directorate, Lipetsk city administration authority,
Primary State Registration Number (OGRN) 1034800577547, Sovetskii department, Taxpayer Identification Number (INN) 4826040808

3

Stamp: Acquired the citizenship of the Russian Federation
*paragraph A part 1 of Article 12 of the Federal Law – 62 from May 31,*
*2002*
*March 06, 2018    № 369*
Decision of the competent authority

*Division No. 2 of Migration Department of the Russian MIA*
*Administration for Lipetsk*
Name of authorized body

Date *April 05, 2022    / signature/*
Round seal: Ministry of Internal Affairs of the Russian Federation
480-002

Stamp: Passport issued
Series 66 № 3144459
from April 19, 2022
Issuing authority: Administration of Ministry of Internal Affairs 0043
Signature */signature/*

This is accurate and complete translation of the original document from Russian into English.

Translator _____

Это точный и полный перевод оригинала документа с русского на английский язык.

Переводчик _____



# СВИДЕТЕЛЬСТВО О РОЖДЕНИИ

Чванов
(фамилия)

Игнат Данилович
(имя, отчество (при наличии))

родился(лась) 1 января 2018 г.
(число, месяц, год)

место рождения    Россия, Липецкая область, г. Липецк

о чем    2018    года    января    месяца    9    числа
составлена запись акта о рождении №    10

Отец    Чванов
(фамилия)

Даниил Викторович
(имя, отчество (при наличии))

Россия
(гражданство)

" 8 "    июля    1990 г.                    русский
(дата рождения)            (национальность (вносится по желанию отца))

Мать    Чванова
(фамилия)

Яна Игоревна
(имя, отчество (при наличии))

Россия
(гражданство)

" 3 "    сентября    1991 г.                    русская
(дата рождения)            (национальность (вносится по желанию матери))

Место государственной регистрации    94800006 Советский отдел управления
(код и наименование органа, которым
ЗАГС администрации города Липецка
произведена государственная регистрация акта гражданского состояния)

Место выдачи свидетельства    94800006 Советский отдел управления ЗАГС
(код и наименование органа, которым выдано
администрации города Липецка
свидетельство о государственной регистрации акта гражданского состояния)

Дата выдачи " 30 "    марта    2022 г.

(должность, подпись работник)                Н.В. Михалева

II-РД    № 558279



**POLYGLOT**
T R A D U C C I O N E S

LIC. IRYNA LYANZURIDI
ESPAÑOL • ENGLISH • РУССКИЙ • УКРАЇНСЬКА МОВА

*DUPLICADO*

## CERTIFICADO DE NACIMIENTO

| **Ignat** | **Daniilovich** | **Chvanov** |
|---|---|---|
| nombre | patronímico (si hay) | apellido |

Nació:                        **el 1° de enero de 2018** (día, mes, año)

Lugar de nacimiento:    **Rusia, provincia de Lípetsk, c. Lípetsk**

de que fue hecha la anotación correspondiente del acto de nacimiento el día **9 del mes de enero del año 2018** bajo el No. **10**.

| Padre | **Daniil** | **Viktorovich** | **Chvanov** |
|---|---|---|---|
| | nombre | patronímico (si hay) | apellido |

Ciudadanía          **de Rusia**          Fecha de nacimiento:     **el 8 de julio de 1990**

Nacionalidad (se registra a petición del padre):    **ruso**

| Madre | **Iana** | **Igorevna** | **Chvanova** |
|---|---|---|---|
| | nombre | patronímico (si hay) | apellido |

Ciudadanía          **de Rusia**          Fecha de nacimiento:     **el 3 de septiembre de 1991**

Nacionalidad (se registra a petición de la madre):    **rusa**

Lugar de registro estatal:    **94800006 Departamento "Sovetskiy" de la Administración Municipal de Registro Civil de la ciudad de Lípetsk**
(clave y nombre del órgano que hizo el registro estatal del acto de estado civil)

Lugar de expedición estatal: **94800006 Departamento "Sovetskiy" de la Administración Municipal de Registro Civil de la ciudad de Lípetsk**
(clave y nombre del órgano que expidió el certificado de registro estatal del acto de estado civil)

Fecha de expedición:    **el 30 de marzo de 2022**

Directora (oficial a cargo):     *(Firma ilegible)*    **N.V. Mijaliova**

**II-РД  No. 558279**

SELLO redondo del:    Departamento "Sovetskiy" de la Administración Municipal de Registro Civil de la ciudad de Lípetsk de la provincia de Lípetsk Número de registro de la institución 1034800577547]

Lic. Iryna Lyanzuridi
DGRC/PT/07

Calle Loma del Pedregal No. 308, int. 14 • Col. Lomas del Campestre • León, Gto. México • Tel: (477) 718-04-15

LIC. IRYNA LYANZURIDI
ESPAÑOL • ENGLISH • РУССКИЙ • УКРАЇНСЬКА МОВА

SELLO rectangular:
**Adquirió la ciudadanía de la Federación Rusa**
Según el parrafo A parte 1 del Artículo 12 de la Ley
Federal No. 62 de fecha el 31.05.2002
El dia 06.03.2018 bajo el No. 369
Oficialía No. 2 de la División de Asuntos Migratorios
del Departamento del Ministerio del Interior
Administración de la c. Lipetsk
Fecha: 05.04.22                 Firma:    *(Firma ilegible)*
Sello redondo: Ministerio del Interior de la
Federación Rusa

Sello rectangular:
**PASAPORTE EXPEDIDO**
de serie 66 y el No. 3144459
de fecha el 19.04.2022
Autoridad emisora:
**Administración del Ministerio
del Interior 0043**
Firma:              *(Firma ilegible)*

- - - - - - - - - - - - - - - - - - - - - - Fin del documento traducido - - - - - - - - - - - - - - - - - - - -

## NOTA DEL PERITO-TRADUCTOR

| FECHA | 25 DE OCTUBRE DE 2022 | FOJAS | DOS | NUMERO | 25102022-2553 |
|---|---|---|---|---|---|
| TIPO DE DOCUMENTO | **CERTIFICADO DE NACIMIENTO II-РД Y No. 558279** EXPEDIDO A NOMBRE DE **IGNAT DANIILOVICH CHVANOV** POR EL DEPARTAMENTO "SOVETSKIY" DE LA ADMINISTRACIÓN MUNICIPAL DE REGISTRO CIVIL DE LA CIUDAD DE LIPETSK, FEDERACIÓN RUSA, EL DÍA 30 DE MARZO DE 2022. - - - - - - - - - - - - - - - - | | | | |
| COMENTARIO | EL NOMBRE PATRONÍMICO DE LA PERSONA DE ESTE CERTIFICADO DE NACIMIENTO ES **DANIILOVICH**, EL CUAL SE OMITE POR FALTA DE USO EN EL PASAPORTE INTERNACIONAL DE LA FEDERACIÓN RUSA Y EN TODA LA DOCUMENTACIÓN MEXICANA - - - - - - - - - - - - - - - - | | | | |

ESTE DOCUMENTO HA SIDO TRADUCIDO COMO SIGUE:

DEL RUSO AL ESPAÑOL

Lic. Iryna Lyanzuridi
DGRC/PT/07

POR LA PERITO-TRADUCTORA OFICIAL LIC. IRYNA LYANZURIDI, DEBIDAMENTE RECONOCIDA Y AUTORIZADA POR LA ADMINISTRACION GENERAL DE REGISTRO CIVIL DEL ESTADO DE GUANAJUATO EN MÉXICO, Y REGISTRADA BAJO EL NÚMERO 07 EN LA LISTA DE PERITOS AUTORIZADOS PARA EL PERIODO 2021-2022, PUBLICADA EN EL PERIODICO OFICIAL No. 248 SEGUNDA PARTE, EL DÍA 11 DE DICIEMBRE DE 2020 (PÁGINAS 19-23); Y POR EL CONSEJO DEL PODER JUDICIAL DEL ESTADO DE GUANAJUATO SEGÚN LA LISTA DE PERITOS AUTORIZADOS PUBLICADA EN EL DIARIO OFICIAL DE FECHA 10 DE MARZO DE 2017. EL PERITO-TRADUCTOR ES ÚNICAMENTE RESPONSABLE POR LA TRADUCCIÓN, NO ASÍ POR LOS CONCEPTOS, CONTENIDOS, USOS O EFECTOS LEGALES DEL DOCUMENTO. EL DOCUMENTO BASE QUE SE TRADUJO ES UN ORIGINAL DEL CUAL SE ANEXA UNA FOTOCOPIA A LA PRESENTE TRADUCCIÓN. DOMICILIO DE POLYGLOT TRADUCCIONES: LOMA DE PEDREGAL 308, INT. 14, COL. LOMAS DEL CAMPESTRE, LEÓN, GUANAJUATO, MÉXICO, C.P. 37150, TEL. +52 (477) 718-04-15, E-MAIL: contacto@polyglot.com.mx.

Приобрел(ла) гражданство
Российской Федерации

66   3144459
19   04   дд
УМВД 0043





CIVIL CODE FOR THE STATE OF QUINTANA ROO

SEVENTH CHAPTER
ABOUT DIVORCE

ARTICLE 804. - The spouses that petition for divorce by mutual consent, are obligated to present before the jury, an agreement where the following matters are attended:

I.- Designation of the person who will be trusted with the care of the underage children of the marriage, and will also agree on the visitation system, both during the procedure and after the divorce is effective;

II.- The way of complying with child support obligations, both during the procedure and after the divorce is effective; and the warranty offered to ensure this obligation, warranty which must contemplate the alimony at least for a year;

III.- The house that will be the residence for each of the spouses during the procedure;

IV.- The amount that one spouse must pay to the other during the procedure, amount that corresponds to alimony, the way in which the payment is to be carried out and the warranty to ensure it;

V.- The way of administrating, during the procedure, the marital community and how to liquidate it once the divorce is effective, in order to do this, an inventory, appraisal and balance will be attached.

ARTICLE 810.- Necessary divorce must be petitioned due to facts that the defendant spouse is charged for, legal causes for divorce and must be inside the posterior six-month time frame that contemplates that during this time the plaintiff became aware of the information that defendant is being charged for,  the exception to this time frame is successive or continuous causes. The divorce due to domestic violence can be claimed at any time.

ARTICLE 814.- When the petition for divorce is admitted, or before in case it is urgent, the following dispositions will be provisionally dictated, these will only be effective during trial, without the need of a previous hearing or presence of both parts involved, these dispositions are:

I.- Separation of the spouses. For this effect, the judge will take into consideration the family interest, the possibility of domestic violence, and what is most convenient for the children, which of the spouses will continue to live at the family home and the elaboration of the inventory of the assets and belongings that are still in it and will order the delivery of his/her clothes and the necessary belongings for the exercise of his/her profession, art or job. The spouse must inform the judge where the marital domicile is located. If this turns out to be controversial, the judge will decide after hearing both parts involved. Dissolution of the marital community decreed by the judge interrupts the terms referred in article 799 of this code;

II.- Only at the female spouse's request, will she be authorized to separate herself from the marital domicile. She must inform the judge of her address, and the judge will order that her clothes must be delivered, along with the necessary belongings for the exercise of her profession, art or job.

III.- Prevent both spouses from molesting each other in any way;

IV.- Indicate and ensure the ailments that the maintenance debtor must give to the creditor and to the children;

V.- Dictate the precautions that are considered necessary so the spouses don't harm each others belongings, as well as the marital community's assets, if it is the case, it will be prohibited for the spouses to alienate or mortgage property assets of the marital domicile or

SECRETARIA DE RELACIONES EXTERIORES
DIRECCION GENERAL DE PROTECCION
A MEXICANOS EN EL EXTERIOR

# CIVIL CODE FOR THE STATE OF QUINTANA ROO

## SEVENTH CHAPTER
## ABOUT DIVORCE

**ARTICLE 804.** - The spouses that petition for divorce by mutual consent, are obligated to present before the jury, an agreement where the following matters are attended:

I.- Designation of the person who will be trusted with the care of the underage children of the marriage, and will also agree on the visitation system, both during the procedure and after the divorce is effective;

II.- The way of complying with child support obligations, both during the procedure and after the divorce is effective; and the warranty offered to ensure this obligation, warranty which must contemplate the alimony at least for a year;

III.- The house that will be the residence for each of the spouses during the procedure;

IV.- The amount that one spouse must pay to the other during the procedure, amount that corresponds to alimony, the way in which the payment is to be carried out and the warranty to ensure it;

V.- The way of administrating, during the procedure, the marital community and how to liquidate it once the divorce is effective, in order to do this, an inventory, appraisal and balance will be attached.

**ARTICLE 810.-** Necessary divorce must be petitioned due to facts that the defendant spouse is charged for, legal causes for divorce and must be inside the posterior six-month time frame that contemplates that during this time the plaintiff became aware of the information that defendant is being charged for,  the exception to this time frame is successive or continuous causes. The divorce due to domestic violence can be claimed at any time.

**ARTICLE 814.-** When the petition for divorce is admitted, or before in case it is urgent, the following dispositions will be provisionally dictated, these will only be effective during trial, without the need of a previous hearing or presence of both parts involved, these dispositions are:

I.- Separation of the spouses. For this effect, the judge will take into consideration the family interest, the possibility of domestic violence, and what is most convenient for the children, which of the spouses will continue to live at the family home and the elaboration of the inventory of the assets and belongings that are still in it and will order the delivery of his/her clothes and the necessary belongings for the exercise of his/her profession, art or job. The spouse must inform the judge where the marital domicile is located. If this turns out to be controversial, the judge will decide after hearing both parts involved. Dissolution of the marital community decreed by the judge interrupts the terms referred in article 799 of this code;

II.- Only at the female spouse's request, will she be authorized to separate herself from the marital domicile. She must inform the judge of her address, and the judge will order the clothes must be delivered, along with the necessary belongings for the exercise of profession, art or job.

III.- Prevent both spouses from molesting each other in any way;

IV.- Indicate and ensure the ailments that the maintenance debtor must give to the creditor and to the children;

V.- Dictate the precautions that are considered necessary so the spouses do not damage each others belongings, as well as the marital community's assets, if it is the case, it will be prohibited for the spouses to alienate or mortgage property assets of the marital domicile or

CIVIL CODE FOR THE STATE OF QUINTANA ROO

SEVENTH CHAPTER
ABOUT DIVORCE

ARTICLE 804. - The spouses that petition for divorce by mutual consent, are obligated to present before the jury, an agreement where the following matters are attended:
I.- Designation of the person who will be trusted with the care of the underage children of the marriage, and will also agree on the visitation system, both during the procedure and after the divorce is effective;
II.- The way of complying with child support obligations, both during the procedure and after the divorce is effective; and the warranty offered to ensure this obligation, warranty which must contemplate the alimony at least for a year;
III.- The house that will be the residence for each of the spouses during the procedure;
IV.- The amount that one spouse must pay to the other during the procedure, amount that corresponds to alimony, the way in which the payment is to be carried out and the warranty to ensure it;
V.- The way of administrating, during the procedure, the marital community and how to liquidate it once the divorce is effective, in order to do this, an inventory, appraisal and balance will be attached.

ARTICLE 810.- Necessary divorce must be petitioned due to facts that the defendant spouse is charged for, legal causes for divorce and must be inside the posterior six-month time frame that contemplates that during this time the plaintiff became aware of the information that defendant is being charged for,  the exception to this time frame is successive or continuous causes. The divorce due to domestic violence can be claimed at any time.

ARTICLE 814.- When the petition for divorce is admitted, or before in case it is urgent, the following dispositions will be provisionally dictated, these will only be effective during trial, without the need of a previous hearing or presence of both parts involved, these dispositions are:

I.- Separation of the spouses. For this effect, the judge will take into consideration the family interest, the possibility of domestic violence, and what is most convenient for the children, which of the spouses will continue to live at the family home and the elaboration of the inventory of the assets and belongings that are still in it and will order the delivery of his/her clothes and the necessary belongings for the exercise of his/her profession, art or job. The spouse must inform the judge where the marital domicile is located. If this turns out to be controversial, the judge will decide after hearing both parts involved. Dissolution of the marital community decreed by the judge interrupts the terms referred in article 799 of this code;
II.- Only at the female spouse's request, will she be authorized to separate herself from the marital domicile. She must inform the judge of her address, and the judge will order her clothes must be delivered, along with the necessary belongings for the exercise of her profession, art or job.
III.- Prevent both spouses from molesting each other in any way;
IV.- Indicate and ensure the ailments that the maintenance debtor must give to the creditor and to the children;
V.- Dictate the precautions that are considered necessary so the spouses do not damage each others belongings, as well as the marital community's assets, if it is the case, it will be prohibited for the spouses to alienate or mortgage property assets of the marital domicile or

any asset of the marital community. When there are assets that belong to both spouses, there will be a preventive registration of the petition at the Public Registry of the Property of the State of Quintana Roo and at any place where they are known to have assets in;

VI.- Dictate, cautionary regulations that the law establishes in regards to the woman becoming pregnant;

VII.- Place the children's care in the hands of the person that has been designated after a mutual agreement of both spouses, it must be one of them, and having the possibility of shared custody, respecting at all times the dispositions indicated in this Code about this matter. If spouses cannot reach an agreement, the Family Court Judge will decide, considering that when children are under 12 the custody rights will be granted to the mother, establishing the terms of visitation rights or access, according to article 1024 BIS, complying with parenting obligations, taking into consideration the opinion of the underage child, which will be assisted if needed by the Officer of Minors, who is part of the Office of the Attorney General in Defense of the Minor and the Family of the State of Quintana Roo. The judge, at any time and before the trial is terminated, can modify his determinations, establishing terms and regulations that he might consider necessary in order to benefit the minors involved along with their assets, with no further limitation than this benefit itself, being able to grant the custody of such minors to a third party or educational institution and confide the management of the assets to a fiduciary institution.

VIII.- In the cases where domestic violence is alleged, the judge will be able to decree, according to evidence presented and with the objective of preserving the integrity and safety of those involved, the following precautionary regulations:

a).- Order the retreat of the spouse who is being sued of the residence where the family inhabits.

b).- Prohibit the presence of the spouse who is being sued in specific places, such as the domicile or place where the affected ones work or study.

c).- Suspend custody and parental rights and duties of the spouse who is the alleged aggressor, prohibit him from approaching the affected ones establishing a stay-away distance dictated by the judge. This suspension will be independent from the spouse's obligations in terms of alimony. Any other emergent, preventive, or cautionary regulation of civil nature will be in accordance to the Law of Women's Right to a Life Free of Violence of the State of Quintana Roo.

IX.- It will require the presence of both spouses, under oath, to elaborate an inventory of their assets and rights, as well as the ones that are registered as common property, specifying the title under which they were acquired, their estimated value, existent prenuptial agreements and a distribution project; and

X.- During the procedure, complimentary information will be collected and corroborated in case it is needed. In case the minors (under 12) are the targets of domestic violence they should remain in the care of the mother, except in cases of domestic violence caused by the mother. The preference towards the mother when granting custody will not be affected by her lack of economic resources. Any other emergent, preventive, or cautionary regulation of civil nature will be in accordance to the Law of Women's Right to a Life Free of Violence of the State of Quintana Roo.

**ARTICLE 819.-** The divorce decree that is pronounced as definite, will fixate the situation of the children, for which the Family Court judge must resolve everything related to the parental rights and duties, its loss, suspension, limitation or recovery according to the case, and particularly the custody and care of the children, along with the parenting obligations.

SECRETARIA DE RELACIONES EXTERIORES
DIRECCIÓN GENERAL DE PROTECCIÓN
A MEXICANOS EN EL EXTERIOR

Moreover, the decree must include the regime established for visitation and access, according to the provisions of articles 1024 BIS of this Code, the decree must also contain:

I. All the necessary precautions to protect the children from domestic violence or any other circumstance that may hurt or damage their full and peaceful development;

II. The necessary precautions to guarantee that the children spend time with their parents, right that will only be limited or suspended when this entails a risk for the minors;

III. For the case of disabled minors, subject to the guardianship/custody of a former spouse, in the divorce decree the required provisions must be established for their protection;

IV. Any other required precaution to guarantee the wellness, development, protection and superior interest of the minors. The cautionary regulations for children may also include safety precautions, follow-up of the sued spouse, his/her attendance to therapy in order to avoid and correct acts of domestic violence, this may only be suspended or modified depending on how the case develops and according to what is established in the Code of Civil Procedures of the State of Quintana Roo.

**ARTICLE 816.-** To comply with the dispositions of the previous article, the judge during the procedure, at the request of the interested part, must seek necessary elements and will have to:

I.- Go to the Public Prosecutors Office, and hear a tutor designated for the children, the grandparents, uncles, older brothers and people who are friends or relatives of the spouses' families, and can inform the judge about what is best in terms of custody of the minors;

II.- Hear the minors if they can express themselves, they should be rightfully assisted by the Officer of Minors, who is part of the Office of the Attorney General in Defense of the Minor and the Family of the State of Quintana Roo;

III.- Ensure the children's alimony at all times, which can be modified by the judge at any time as long as they do not reach the majority of age.

**ARTICLE 816 BIS.-** In case the parents have agreed to the shared guardianship and custody according to what is established in fraction VII of article 814, the judge, in the divorce decree, must guarantee that both spouses comply with parenting obligations without it implicating a risk in the children's habitual lives.

**CHAPTER VIII**
**ABOUT DOMESTIC PARTNERSHIP**

**ARTICLE 825 BIS.-** The domestic partners have mutual rights and obligations, when without having legal implications that have impeded them from getting married, have lived together in a constant and permanent way for a minimum of two years that immediately precede the generation of rights and obligations that this chapter mentions. The period of time mentioned previously is not necessary when, fulfilling the other requisites, they have children together. If many unions of such type are established with one same person, none of them will be considered domestic partnership. Whoever acted in good faith may sue the other, asking for compensation for damages.

SECRETARIA DE RELACIONES EXTERIORES
DIRECCIÓN GENERAL DE PROTECCIÓN
A MEXICANOS EN EL EXTERIOR

**ARTICLE 825-TER.-** All the rights and obligations inherent to family will regulate domestic partnership when applicable. Domestic partnership generates maintenance claims and inheritance rights, aside from all other rights and obligations recognized in this code or in other laws.

**FOURTH TITLE**
**ABOUT PARENTAL RIGHTS AND DUTIES**

**FIRST CHAPTER**
**GENERAL RULES**

**ARTICLE 991.-** The parental rights and duties are the group of rights and obligations which are acknowledged and granted by the law to the parents and grandparents in terms of the relationship with their children, or grandchildren, for them to look after, protect, and educate them, procuring an environment of respect at all times, amongst themselves and towards their belongings. Children who are minors will be under the custody of their parents or maternal/paternal grandparents (with no preference towards one or the other), in the cases signaled in the Code. Children and their ascending immediate relatives are entitled to mutual respect and consideration.

**ARTICLE 992.-** Unemancipated minors are subject to parental rights and duties as long as there are ascendants that may execute it.

**Article 993.-** The Parental Rights and Duties are unalienable and those who execute them cannot be deprived of them, except due to judicial resolution, responding to the causes established in article 1018 BIS.

**Article 944.-** Both mother and father will execute Parental Rights and Duties collectively, one of them will do it if the other is diseased or is legally disabled, if both are diseased or disabled, it will be executed by:
I.- Paternal grandfather and grandmother; and
II.- Maternal grandfather and grandmother.

**ARTICLE 994 BIS.-** The parents, or in case they're absent, those who execute parental rights and duties, guardianship, definite or provisional custody of a minor, regardless of them living under the same roof as the children, must comply with the following parental obligations:

I.- Provide ailment, in the terms of the Second Title, Second Chapter of the Third Book of this code.
II.- Offer them a social and family environment in the terms of article 983 BIS [1] of this code, procuring their physical, psycho-emotional and sexual safety, inducing self care and assertiveness;
III.- Foster adequate eating, personal hygiene and physical development habits;
IV.- Provide formal and informal education, promoting their intellectual and educational abilities;

SECRETARIA DE RELACIONES EXTERIORES
DIRECCION GENERAL DE...
A MEXICANOS EN EL...

[1] ARTICLE 983 BIS.- Every person has a right to an adequate environment for his development and wellness. Consequently the family members are entitled to be respected by the other family members in terms of physical, emotional, sexual and economical integrity, which must be free of domestic violence, in order to contribute to a healthy upbringing and to an active incorporation and participation in society. The Public Institutions according to the Law of Assistance and Prevention of Domestic Violence of the State of Quintana Roo will provide assistance and protection. Moreover, in cases of domestic violence, all types of procedures for conciliation or mediation for its resolution are prohibited.

V.- Show demonstrations of affection with respect and acceptance of the minor, informing them, according to their age and development, of the various types of physical violence and sexual abuse;

VI.- Promote decision making and the respect of their opinions; and

VII.- Determine the limits and rules of conduct preserving the superior interest of their childhood. It will be considered non-compliance of parental obligations, that the previously mentioned activities are not carried out without justification, in a permanent and systematic way; this will be evaluated by the judge in the cases of suspension of parental rights and duties, determination of guardianship, provisional and definite custody, regime of visitations and access. If any of the parents has extensive working hours, this is not considered non-compliance.

**ARTICLE 995.-** The order of preference will be established by unanimous agreement of the grandparents, those who survive and are not disabled, in case such agreement is not reached, the judge by hearing those people whose opinion he considers relevant, and by hearing the minor if he/she can express him/herself, will resolve what he believes to be most convenient and this resolution can be modified at any time, as long as it is benefic for the minor.

**ARTICLE 996.-** Custody will not be exercised by those who have been declared mother or father, in cases of investigation of paternity or maternity trial, unless the judge considers this custody is convenient for the minor.

**ARTICLE 997.-** In case the parents live in separate domiciles, and in case the minors are under 12, the custody will be granted to the mother, unless this entails a danger or risk. The other spouse is obligated to collaborate with their ailment and upbringing, by keeping the right of access with the minor, according with the provisions established in the agreement or judicial resolution.

**ARTICLE 997-BIS.-** Children who are under the parental rights and duties of their parents have the right to spend time with both of them, even when they do not live under the same roof. Personal relationship between the minor and his ascendant immediate relatives will not be impeded without just cause. In case of opposition, petitioned by any of them, the judge will resolve what follows after a previous hearing with the minor, rightfully assisted by the Officer of Minors. Only by judicial mandate, will this right be limited or suspended considering non-compliance of parental duties, danger to the health or physical, psychological and sexual integrity of the children.

**SECOND CHAPTER**
**ABOUT THE EFFECTS OF PARENTAL RIGHTS AND DUTIES**

**ARTICLE 998.-** Those who exercise parental rights and duties must feed those who are subject to it, accompany them, protect them, educate them, guide them, and provide an adequate environment free of domestic violence.

**ARTICLE 999.-** The education referred to in the previous article, comprehends the faculty the bearer of the parental rights and duties, custody or guardianship has to establish limits to the minor, as well as procuring an environment of respect towards his physical, psychic, emotional, and sexual integrity, free of domestic violence conducts and procuring teaching them, by themselves or through another person or institution, an art, profession or skill, according to their personal circumstances.

The duty of establishing limits does not imply inflicting acts of violence on the minor, that may attempt against his integrity in terms of the provisions of this code, therefore, any calling of attention or eliciting that the parents or tutors may carry out for an adequate behavior with all the members of the family unit, will be respecting their opinions as well, in order to seek the democratization of the family unit too.

ARTICLE 999 BIS.- Officer of Minors will be understood as the psychology, social work, or pedagogy professional, who is a member of the Office of the Attorney General in Defense of the Minor and the Family of the State of Quintana Roo, dependent of the Office of the State System for the Integral Development of the Family of the entity or any other private or public institution recognized by it, who assists the minor, in order to facilitate his free and spontaneous communication, provides psycho-emotional protection in all the sessions where he is heard by the judge in private, without the presence of his parents. Such Officer will be able to request up to two interviews before the minor's hearing, being mandatory for the parent to have the guardianship and custody of the minor and fulfilling the officer's requirements. In case there is a disagreement about the access, or change of guardianship or custody, in the controversy or incident the minor shall be heard, a designated Officer of Minors will assist him. The minor will receive assistance in other family incidents whenever it is requested at the Public Prosecutors Office. The Judge of First Instance will request the presence of such Officer, whom with simple designation and without the necessity of ratifying his position will attend such hearing, taking into consideration the scheduling of hearings that he has as an Officer of Minors.

ARTICLE 1000.- Minors who are subject to parental rights and duties have the duty of living at the home of those who exercise it, or in the educational institution that they designate.

ARTICLE 1001.- The authorities will assist the bearer of the parental rights and duties whenever it is required in order to execute it properly.

ARTICLE 1002.- Those who execute parental rights and duties are the legitimate representatives of the minors subject to them, and have the legal administration of the assets referred to in fraction II of article 1005.

ARTICLE 1003.- When parental rights and duties are executed collectively by the mother and the father, or by the grandfather and the grandmother, or by the adoptive individuals when they are husband and wide, the administrator of the assets will be named by mutual agreement, this designated person will consult his partner in every business and will require his/her consent for the most relevant acts of this administration.

ARTICLE 1004.- Only one of the bearers of the parental rights and duties will be able to represent the children at trial, he will not be able to appear and enter any agreement to terminate it if he doesn't have the consent of his partner, and if he doesn't have judicial authorization whenever the law requires it.

ARTICLE 1005.- The assets of the child, as long as the parental rights and duties are valid, are divided into two classes:

I. Assets acquired through his job; and
II. Assets acquired through any other title.

SECRETARIA DE RELACIONES EXTERIORES
DIRECCION GENERAL DE PROTECCION
A MEXICANOS EN EL EXTERIOR

**ARTICLE 1006.-** The first class assets belong in property and administration to the child.

**ARTICLE 1007.-** The second class assets, belong in property to the child and the administration corresponds to those who execute the parental rights and duties.

**ARTICLE 1008.-** When by disposition of the law, or by will of the bearers of the parental rights and duties, the child has the administration of the assets, he will be then considered emancipated, with the restriction that the law establishes to alienate and encumber real estate.

**ARTICLE 1009.-** Those who execute parental rights and duties cannot alienate or encumber in any way the properties or precious furniture that correspond to the child, only if it is a case of absolute necessity or of evident benefit and it requires previous judicial authorization.

**ARTICLE 1010.-** The bearers of parental rights and duties will not be able to appear and enter leasing contracts for a period longer than five years, or receive anticipated rent for more than two years, sell commercial, industrial, financial values, rent titles, stock, or earnings obtained at a lower value than the one listing on the current date, or donate the child's assets or request the remission of these, or pay a bail in representation of such.

**ARTICLE 1011.-** Every time the judge grants a leave to those who execute parental rights and duties, to alienate a property or precious furniture that belongs to the minor, he will take the necessary precautions to ensure that the result of this exchange is fully dedicated to the object it was originally destined to and for the rest to be invested in the acquisition of another property, or in financial bonds issued by bank institutions or imposed with an ensured mortgage in favor of the minor.

**ARTICLE 1012.-** In the meantime, the price of the sale will be deposited in a credit institution, at the highest interest rate and the person who executes the parental rights and duties will not be able to access it without a judicial order.

**ARTICLE 1013.-** In every case where those who execute the parental rights and duties have an opposite interest against the desires of the children, they will be represented by a special tutor in and outside of court.

**ARTICLE 1014.-** The judge will designate a special tutor for each minor in case the opposition is between two or more minors subject to the same bearer of parental rights and duties.

**ARTICLE 1015.-** The judges will indicate the necessary precautionary regulations to impede the diminishing or wasting of the assets due to a bad administration of those who execute the parental rights and duties.

**ARTICLE 1016.-** This regulations will require those mentioned in article 990[2] or the judge will assist the minor without the petition having to be written.

SECRETARÍA DE RELACIONES EXTERIORES
DIRECCIÓN GENERAL DE PROTECCIÓN A MEXICANOS EN EL EXTERIOR

---

[2] **Article 900.-** The Officer, Delegate or Sub delegate of the Civil Registry and the notary who violates article 898, will be subjected to a fine for the amount of 10 to 20 days of minimum wage. **Article 898.-** When the mother or father recognizes a child separately, they will not reveal the name of the person who procreated with them, or expose any circumstance through which this person may be recognized. The words that contain this revelation, will be attested at the court's own motion, so it remains as illegible.

ARTICLE 1017.- The people who perform as bearers of the parental rights and duties must give to their children, when they emancipate or reach the majority of age, all the assets that belong to them.

**THIRD CHAPTER**
**ABOUT THE WAYS IN WHICH PARENTAL RIGHTS AND DUTIES MAY BE TERMINATED OR SUSPENDED AND WAYS IN WHICH CUSTODY MAY BE LOST**

ARTICLE 1018.- Parental rights and duties are terminated:

I.- By the death of the person executing them, if there isn't another person to whom it can be reflected upon;
II.- With the emancipation of the minor;
III.- When the minor reaches the majority of age;
IV.- By judicial resolution that determines the loss or suspension of them

ARTICLE 1018-BIS.- Parental rights and duties are only lost through judicial resolution, if its suspension is decreed due to causes indicated in fraction III of article 1019 of this code, if any of the following were committed:

I.- In the event of continued domestic violence against the minor as well as the spouse, on behalf of those who execute the parental rights and duties or if this event is occurring with their consent and tolerance, conditions of manner, time and place must be signaled;
II.- When the bearer attempts against the minor's physical, sexual, emotional or psychological integrity, a willful offense, for which he/she has been condemned through final judgment;
III.- When the bearer abandons the child, leaving him/her to chance with a third party of one or more people, in a private or public place, with the objective of getting rid of his parental obligations or parental rights and duties; and
IV.- When leaving a child in the care of a person or institution, he who bears the parental rights and duties stops assisting without a justified cause for more than three months, the upbringing needs and affective demands of his/her child.

ARTICLE 1019.- Parental rights and duties are suspended:

I.- Due to judicially declared disability;
II.- Due to declared absence; and
III.- Due to judgment that imposes suspension as a penalty.
IV.- For not allowing meetings, gatherings to take place, taking into consideration that they were decreed by a competent authority or by a judicially approved agreement.

ARTICLE 1019 BIS.- The suspension of parental rights and duties automatically suspends guardianship and custody of the minor. The loss of parental rights and duties entails the loss of the guardianship and custody of the minor.

ARTICLE 1019-TER.- The mother and the father, even if they lose parental rights and duties, are subject to all the parental obligations towards their children. (sic)

ARTICLE 1020.- Parental rights and duties may be recovered when the motive that originated the suspension is ceased, and in order for this to happen the declaration of a competent judicial authority is required.

SECRETARÍA DE RELACIONES EXTERIORES
DIRECCIÓN GENERAL DE PROTECCIÓN
A MEXICANOS EN EL EXTERIOR

ARTICLE 1021.- Parental rights and duties are unalienable, but those who are supposed to bear them, may excuse themselves due to poor health conditions that do not allow them to fulfill this role adequately.

ARTICLE 1021 BIS.- Custody is suspended:
I.- Due to judicially declared disability;
II.- Due to judicial resolution that decrees suspension as a cautionary regulation; and
III.- Due to definite final judgment that decrees suspension. Custody will be recovered when the motive that originated the suspension is ceased and in order for this to happen the declaration of a competent judicial authority is required.

ARTICLE 1022.- The bearer of the parental rights and duties may be deprived of these:
I.- When he commits felony against the minor;
II.- When final judgment has been entered against him two or more times for felony committed against other people;
III.- For causing physical or emotional damage, exploitation, compromising his health, safety or morality of the minor, even if these events are criminally punishable in terms of the legislation of the entity;
IV.- When he abandons or exposes the minor; and
V.- In cases of divorce.
VI.- When by final judgment, loss of parental rights and duties has been entered against him.

ARTICLE 1023.- In the event of fraction I of the previous article, the loss of custody will be decreed in the sentence that ends the corresponding criminal procedure, suspending in the meantime the custody through formal indictment; in the events of fractions II, III, IV and VI, the loss will be decreed in the sentence of a civil trial specifically for that purpose, in the event of fraction V, the loss will be decreed in the divorce sentence, against the spouse that caused such event.

ARTICLE 1024.- When the judge, because of the evidence and proof received considers convenient for the minor that the cease of deprivation of custody takes place, he will reasonably rule in favor of it.

ARTICLE 1024-BIS.- Unless both parts reach an agreement, the judge will determine the cases in which custody is limited, a visitation system in favor of the parent that does not keep such guardianship or custody, establishing an access to spend time together at least four days and two nights a month, with the exception of infants, boys or girls that due to medical prescription cannot spend the night outside of their home. This access may be extended, by attending the particular circumstances of each case, and it may not dull or obstruct the school obligations and right to leisure and recreation of the minor. Also, the judge must hear the proposals and arguments of both parts involved. The judge must take into consideration and include in the visitation system, holidays, birthdays of family members, long weekends, procuring the alternation and contact with both parents. He must also seek not to restrict any of the parents from attending celebrations or festivities that are organized for the children, such as graduations, school ceremonies, beginning of school year/end of school year celebrations, or any other similar event that derives from the minor's education, or complimentary/sports activities. Moreover, the agreement or judicial resolution should foresee cases of transfer of residence of one of the parents, as well as the custody and visitation system if such event takes place.

SECRETARIA DE RELACIONES EXTERIORES
DIRECCIÓN GENERAL DE PROTECCIÓN
A MEXICANOS EN EL EXTERIOR

* I hereby certify the accuracy and veracity of the present document, performing in the capacity of translator with Number 393 of the Certified Translator Register *(Padrón de Peritos Traductores).*

*Karla Alejandra Oropeza De Cáceres*





United States Department of State

*Washington, D.C.   20520*

Voluntary Return Letter Acknowledgement

Dear Applicant:

Pursuant to Article 7 of the 1980 Convention on the Civil Aspects of International Child Abduction (Convention), and to encourage voluntary resolutions to International Parental Child Abduction cases, the U.S. Central Authority often sends a Voluntary Return Letter to the parent currently living with the child informing him or her of the application for return of the child/ren to their habitual residence under the Convention. The letter also provides general information about the Convention, explains our role as Central Authority, and informs the parent that if a voluntary resolution is not reached, court proceedings may be initiated by the other parent.

The U.S. Central Authority sends this letter as part of our regular process, but recognizes that sending such a letter may not be appropriate in all cases. For this reason, we ask you to consider your family's circumstances and inform our office as to whether or not you would like us to send the letter.

Please note the decision to send the letter rests solely with the U.S. Central Authority. Sending such a letter should not be considered a judgment by our office as to the merits of any particular case. Should our office determine that it is appropriate under the Convention to send a Voluntary Access Letter in your case, we will provide you with a copy of the letter that is sent.

Please complete and sign the statement below.

I, <u>Chvanov Daniil Viktorovich</u> (applicant parent), ask the U.S. Central Authority to:

    ☐   Yes, send Voluntary Return Letter

    ☑   No, please DO NOT send Voluntary Return Letter.

to <u>Chvanova Iana Igorevna</u> (parent with child) under the Hague Convention as a way to seek a voluntary resolution of my case. If selecting "No" please explain the reason:

    After receiving the notification, she will try to hide.

_____

_____

_____

_____                    February 14, 2023
**Signature**                                   **Date**



United States Department of State

*Washington, D.C.   20520*

## Authorization to Release Case Information
For use by the U.S. Department of State, Office of Children's Issues

I, <u>Chvanov Daniil Viktorovich</u> (name), the father (relationship to child/ren) of the child/ren listed below, authorize the Office of Children's Issues to release information about myself and/or my minor child/ren to prospective and retained attorneys and mediators in the United States.

Name of child: <u>Chvanov Ignat Daniilovich</u> DOB: <u>01.01.2018</u>

Is the child/ren a citizen of the United States?           ____Yes  ✓ No
Is the child/ren a permanent legal resident of the United States?____Yes  ✓ No

In the event that persons or organizations other than prospective attorneys request information regarding your child/ren's case, The Office of Children's Issues may release information to:

Family Members and/or Friends:                    ____Yes ✓ No

Please list full names and relationship to child:

_____
_____
_____

Media organizations   (newspaper, television, etc.)      ____Yes ✓ No
Members of the U.S. Congress                    ____Yes ✓ No

_____          February 14, 2023
Signature                                Date

10/15



United States Department of State

*Washington, D.C.   20520*

**Asistencia de la red de abogados en relación con el Convenio de La Haya, 2022**
**Convenio sobre los Aspectos Civiles de la Sustracción Internacional de Menores**
*Hague Convention Attorney Network Assistance, 2022*
*Hague Convention on the Civil Aspects of International Child Abduction*

Sírvase examinar el cuadro de **Pautas sobre ingresos para recibir asistencia jurídica en 2022** a fin de determinar si usted reúne los requisitos para solicitar asistencia de la Autoridad Central de los Estados Unidos para identificar representación jurídica gratuita o con rebaja de honorarios en los Estados Unidos para su caso relativo al Convenio de La Haya. Complete esta solicitud y entréguesela a la Autoridad Central que le corresponda. **Conserve una copia.**

*Please review the 2022 Legal Assistance Income Guidelines chart to determine your eligibility to request the U.S. Central Authority's assistance in identifying pro bono (free) or reduced fee legal representation for your Hague Convention case in the United States. Complete and return this application to your Central Authority. Keep a copy for your records.*

| Pautas sobre ingresos para recibir asistencia jurídica en 2022 ~ 2022 Legal Assistance Income Guidelines | | |
|---|---|---|
| | **GRATUITA ~ *PRO BONO*** • 125% del nivel de pobreza de 2022 en los EE. UU. • *125% of 2022 U.S. poverty guidelines* 48 estados continentales y el Distrito de Columbia | **CON REBAJA DE HONORARIOS ~ *REDUCED FEE*** • 200% del nivel de pobreza de 2022 en los EE. UU. • *200% of 2022 U.S. poverty guidelines* 48 estados continentales y el Distrito de Columbia |
| **Núm. de personas en la familia** *Household size* | **Ingreso anual máximo** *Maximum annual income* | **Ingreso anual máximo** *Maximum annual income* |
| 1 | $16,988 | $27,180 |
| 2 | $22,888 | $36,620 |
| 3 | $28,788 | $46,060 |
| 4 | $34,688 | $55,500 |
| 5 | $40,588 | $64,940 |
| 6 | $46,488 | $74,380 |
| 7 | $52,388 | $83,820 |
| 8 | $58,288 | $93,260 |

<u>Ingreso anual máximo</u>. Sus ingresos anuales **totales, antes de pagar impuestos**, de todas las fuentes, en dólares de los EE. UU.
*<u>Maximum annual income</u>. This means your total annual income, before taxes, from all sources, converted to U.S. dollars.*

<u>Número de personas en la familia</u>. Al contar, cuéntense usted, el niño (o los niños) con respecto al que usted ha presentado una solicitud relativa al Convenio de la Haya y otras personas que viven con usted.
(El número no debe ser "1.")
*<u>Household size</u>. Count yourself, the child/ren about whom you have filed a Hague application, and others living with you.*
*(The number should not be "1.")*

**Nombre en letra de molde** Chvanov Daniil Viktorovich
*Print your name*

**El número de personas en mi familia es:_3_ (El número no debe ser "1.")**
*My household size:_____ (The number should not be "1.")*

**Mis ingresos anuales totales (antes de impuestos):** 14600000 rubles          (en mi moneda)
**O  en dólares de los EE. UU.** 20 000$_____
*My total annual income (before taxes) (in my currency) _____ OR in US $ _____*

**Mi ocupación/empleo:** entrepreneur
*My occupation/employment:* _____

**¿En la actualidad, tiene usted un abogado en los Estados Unidos para su caso relativo al Convenio de la Haya (o para un caso de custodia o visitas de menores)? NO____ SÍ ✓**
**Si responde SÍ, sírvase escribir el nombre, el teléfono y la dirección de correo electrónico de su abogado:**
Kuznetsov Artur Rudolfovich, tel. +79950039191 (whatsapp, telegram), info@arturkuznetcov.team
*Do you currently have an attorney in the United States for your Hague Convention case (or for a child custody/access case)?*
*NO_____ YES_____ If YES, attorney's name/phone/email _____*

*** 

**Lea las pautas sobre ingresos y la INFORMACIÓN IMPORTANTE en la página siguiente antes de presentar su solicitud. Considere sus ingresos y sus bienes. Es posible que resulte más fácil y más rápido hallar un abogado si puede pagar algún monto por concepto de honorarios.**

*Please review the income guidelines and read IMPORTANT INFORMATION (on the next page) before making your request. Consider your income and your assets. It may be faster and easier to find an attorney if you can afford to pay some amount for legal services.*

*Request only one option. I believe that I am eligible to request:*
**Considero que reúno los requisitos para solicitar  (solicite una sola opción):**

___✓___ **Asistencia jurídica gratuita**
          *Pro Bono (free) legal assistance*
                          O
_____ **Asistencia jurídica con rebaja de honorarios**
          *Reduced fee legal assistance*
                          O
_____ **La lista de abogados con honorarios corrientes (sin rebaja)**
          *A list of full fee attorneys*

**Firma**_____          **Fecha** _____ February 14, 2023 _____
Signature                                           Date

**Nombre en letra de molde** ___Chvanov Daniil Viktorovich___          **Correo electrónico** chemgroup48@gmail.com
Print your name                                                        Email

**Núm. de teléfono residencial**_____          **Teléfono celular** +7 920 521 6955, +52 998 425 7196
Home phone                                                        Mobile phone

### Asistencia de la red de abogados en relación con el Convenio de La Haya (2022): INFORMACIÓN IMPORTANTE

- La Autoridad Central de los Estados Unidos puede pedirle información adicional para verificar si usted reúne los requisitos para solicitar asistencia para identificar representación jurídica gratuita o con rebaja de honorarios.

- Si usted no ofrece una autoevaluación fidedigna o se equivoca al hacerla (según lo determine una organización de ayuda jurídica o un abogado particular que examine su caso), la Autoridad Central de los Estados Unidos puede limitar toda asistencia posterior para ayudarle a hallar representación jurídica.

- Abogados particulares, abogados que trabajan para organizaciones de ayuda jurídica o profesores de derecho y alumnos supervisados por ellos pueden ofrecer representación jurídica. No hay garantía de que un abogado vaya a aceptar su caso. No se tiene derecho a recibir asistencia jurídica gratuita o con rebaja de honorarios en casos relativos al Convenio de La Haya sobre los aspectos civiles de la sustracción internacional de menores.

- **Cómo recibir asistencia jurídica gratuita o con rebaja de honorarios:** Le pedimos que evalúe su aptitud para recibir asistencia jurídica basándose en sus ingresos anuales totales, antes de pagar impuestos, de **todas** las fuentes (lo que incluye a los miembros de su familia que contribuyen al sustento del grupo familiar). Esté listo para brindar más información financiera a los abogados que la requieran para determinar si usted cumple sus criterios para la prestación de servicios jurídicos gratuitos o con rebaja de honorarios.

  Para recibir asistencia jurídica gratuita de la mayoría de las organizaciones de ayuda jurídica, el total de sus ingresos y bienes debe estar por debajo de un determinado nivel. Para decidir si aceptan o no un caso, estas organizaciones pueden tener en cuenta también las prioridades del programa. Asimismo, los abogados particulares pueden preguntarle sobre bienes (p. ej., cuentas bancarias, acciones y bonos, viviendas, automóviles, y otros bienes muebles e inmuebles) y pueden pedirle una copia de su declaración de impuestos sobre el ingreso. Pueden ofrecerle representación gratuita, con rebaja de honorarios o con honorarios corrientes (sin rebaja) según su situación financiera. El Departamento de Estado no desempeña ninguna función en lo que respecta a la determinación, la negociación o el cobro de honorarios ni ningún otro aspecto relacionado con ellos. Si usted puede pagar una representación jurídica con rebaja de honorarios o con honorarios corrientes (sin rebaja) en función de sus ingresos y bienes, marque la casilla correspondiente.

  **Honorarios de abogados:** Las organizaciones de ayuda jurídica prestan servicios jurídicos gratuitos. Los abogados privados pueden representarlo de forma gratuita o cobrarle por sus servicios. Los arreglos sobre honorarios quedan entre usted y su abogado. El Departamento de Estado no desempeña ninguna función en lo que respecta a la determinación, la negociación o el cobro de honorarios ni ningún otro aspecto relacionado con ellos. Si desea información general sobre honorarios con rebaja, visite la página web del Departamento de Estado: https://travel.state.gov/content/travel/en/International-Parental-Child-Abduction/for-providers/laws/hague-abduction-convention-legal-representation-options.html.

- **Costas y gastos judiciales:** Los procedimientos judiciales civiles a menudo conllevan costas y gastos además de los honorarios de los abogados. Consulte con un abogado sobre las costas y los gastos asociados a su caso que cabe esperar pagar. El Departamento de Estado no desempeña ninguna función en la determinación ni la negociación de los honorarios o costas.

  Las organizaciones de ayuda jurídica pueden cubrir parcial o totalmente las costas y los gastos asociados a su caso relacionado con el Convenio de La Haya. La mayoría de los abogados particulares esperarán que usted pague las costas y los gastos aun cuando ellos le presten servicios jurídicos gratuitos o con rebaja de honorarios. Del mismo modo, usted debería tener previsto pagar las costas y los gastos en los casos en los que le cobren honorarios corrientes (sin rebaja).

  Las costas y los gastos pueden incluir, entre otros, costos de tramitación, notificación del procedimiento a la otra parte, llamadas telefónicas, gastos de viaje, duplicación de documentos, traducción y peritos. En casos de apelación, puede haber costos adicionales relacionados con el acta pertinente. Las costas y los gastos pueden ascender a US $1.000 o más y pueden variar dependiendo del caso en particular. Los tribunales pueden eximir a los litigantes del pago de los costos de tramitación y notificación por razón de necesidad. Quizás pueda recuperar las costas y los gastos que haya pagado, y los honorarios del abogado, si un tribunal ordena que su hijo sea regresado a su país de residencia habitual.

- Las "Pautas sobre ingresos para recibir asistencia jurídica en 2022" se basan en los niveles de ingreso máximo en 2022 para las personas aptas para recibir asistencia fijados por la *Legal Services Corporation* (LSC). Esta entidad actualiza las pautas cada año para que reflejen los cambios anuales de las pautas federales de pobreza. Las pautas se publican en el Apéndice A del título 45, parte 1611, del Código de Reglamentos Federales (CFR). El aviso del Registro Federal sobre las pautas de ingreso para 2022 (87 FR 4817, 31 Jan. 2022) se encuentra en. http://www.federalregister.gov/documents/2022/01/31/2022-01922/income-level-for-individuals-eligible-for-assistance *Los cuadros del gráfico son para los 48 estados continentales y el Distrito de Columbia. En esta misma página web hay cuadros especiales para Hawái y Alaska.

**Российская Федерация**

**Город Липецк, Липецкая область**

**Двадцать седьмого апреля две тысячи двадцать второго года**

Я, Денисова Наталия Валерьевна, временно исполняющий обязанности нотариуса Разумовой Ирины Александровны нотариального округа города Липецка Липецкой области, свидетельствую подлинность подписи переводчика Пекарского Артёма Станиславовича.

Подпись сделана в моем присутствии.

Личность подписавшего документ установлена.

Зарегистрировано в реестре: № **48/48-н/48-2022-3-880**.

Уплачено за совершение нотариального действия: 400 руб. 00 коп.

Н.В.Денисова

прошнуровано, пронумеровано,

скреплено печатью

на _____ (листах)

Подпись _____



**POLYGLOT**
T R A D U C C I O N E S

I, the undersigned IRYNA LYANZURIDI, a duly recognized and authorized translator of the Civil Registry Directorate General of Guanajuato State, Mexico, registered under the number 07 in the List of Official Translators, currently authorized for the 2021-2022 period, published in the Official Journal of the Government of Guanajuato State No. 248 Second Part, on December 11th, 2020 (pages 19-23), and under the number 2 in the List of Authorized Experts of the Judicial Power of Guanajuato State, hereby certify that this translation from RUSSIAN to ENGLISH of the attached copy of the MARRIAGE CERTIFICATE, consisting of ONE page, is exact and trustworthy, to the best of my knowledge and belief.

**NOTE:** THE PATRONIMIC NAMES OF THE SPOUSES OF THIS MARRIAGE CERTIFICATE ARE **VIKTOROVICH** AND **IGOREVNA**, WHICH ARE OMITTED FOR THE LACK OF THEIR USE IN THE INTERNATIONAL PASSPORTS OF THE RUSSIAN FEDERATION AND IN ALL MEXICAN DOCUMENTATION.

Issued in the city of Leon, Guanajuato, on June 17th, 2022.



—————————————————————

Ms. Iryna Lyanzuridi
Official Translator

Calle Loma de Pedregal No. 308 – int. 14,
Colonia Lomas del Campestre, León,
Guanajuato, México, CP 37150

Lic. Iryna Lyanzuridi
DGRC/PT/07

Calle Loma del Pedregal No. 308, int. 14 • Col. Lomas del Campestre • León, Gto. México • Tel: (477) 718-04-15

LIC. IRYNA LYANZURIDI
PERITO TRADUCTOR AUTORIZADO, TRANSLATOR, OFFICIAL TRANSLATOR, СПРИЗЯЛЬНЫЙ ПЕРЕВОДЧИК
ESPAÑOL * ENGLISH * РУССКИЙ * УКРАЇНСЬКА МОВА

[Shield of Russia]

## MARRIAGE CERTIFICATE

Last name: **Chvanov**

Name:  **Daniil**                    Patronimic name: **Viktorovich**

Citizenship: **citizen of Russia**

Nationality (registered only if it is mentioned in the record of marriage celebration): **Russian**

Date of birth: **8th of July, 1990**

Place of birth: **c. Lipetsk**

and

Last name: **Yakovleva**

Name:  **Iana**                    Patronimic name: **Igorevna**

Citizenship: **citizen of Russia**

Nationality (registered only if it is mentioned in the record of marriage celebration): **Russian**

Date of birth: **3rd of September, 1991**

Place of birth: **c. Lipetsk**

celebrated marriage on **14.07.2016 fourteenth of July, two thousand sixteen**
                          (day, month, year with numbers and words)

whereof on the **14th day of the month of July of the year 2016** was made the record

in the register of marriages under the No. **753**.

Upon marriage, the parties assumed their last names as follows:

husband        **Chvanov**

wife        **Chvanova**

State registration place - **Marriage Palace of the Civil Registration Directorate
of the Administration of the city of Lipetsk**
                          (name of the civil registration office)

Date of issuance:  **14th of July, 2016**

Head of the civil registration office:    *(Illegible signature)*    **G.V. Bélkina**

[SEAL of the civil registration office
in the city of Lipetsk, Russian Federation]

Serie I-РД No. 716018

[Seal: Dirección General del Registro Civil 2021-2022 · Perito Traductor Autorizado]

Lic. Iryna Lyanzuridi
DGRC/PT/07

# СВИДЕТЕЛЬСТВО
## О ЗАКЛЮЧЕНИИ БРАКА

**Чванов**
фамилия

**Даниил Викторович**
имя, отчество

**гражданин России**
гражданство

**русский**
национальность (вносится, если указано в записи акта о заключении брака)

«**08**» **июля** **1990** г.
дата рождения

**г. Липецк**
место рождения

и

**Яковлева**
фамилия

**Яна Игоревна**
имя, отчество

**гражданка России**
гражданство

**русская**
национальность (вносится, если указано в записи акта о заключении брака)

«**03**» **сентября** **1991** г.
дата рождения

**г. Липецк**
место рождения

заключили брак **14.07.2016**
число, месяц, год (цифрами и прописью)
**четырнадцатого июля две тысячи шестнадцатого года**

о чём **2016** года **июля** месяца **14** числа
составлена запись акта о заключении брака № **753**

После заключения брака присвоены фамилии:
мужу **Чванов**
жене **Чванова**

Место государственной регистрации
**Дворец бракосочетания управления ЗАГС администрации города Липецка**
наименование органа записи актов гражданского состояния

Дата выдачи «**14**» **июля** **2016** г.

Руководитель органа
записи актов гражданского состояния

**Г.В. Белкина**

ГГД № 716018



**POLYGLOT**
**T R A D U C C I O N E S**

LIC. IRYNA LYANZURIDI
PERITO TRADUCTOR AUTORIZADO • ЛИЦЕНЗИОНИЫЙ ПЕРЕВОДЧИК
ESPAÑOL • ENGLISH • РУССКИЙ • УКРАЇНСЬКА МОВА

[Escudo de la Federación Rusa]

## CERTIFICADO DE MATRIMONIO

Apellido: **Chvanov**

Nombre: **Daniil**                    Patronímico: **Viktorovich**

Ciudadanía: **ciudadano de Rusia**

Nacionalidad (sólo se registra si aparece en la inscripción de la celebración de matrimonio): **ruso**

Fecha de nacimiento: **el 08 de julio de 1990**

Lugar de nacimiento: **c. Lípetsk**

y

Apellido: **Yakovleva**

Nombre: **Iana**                    Patronímico: **Igorevna**

Ciudadanía: **ciudadana de Rusia**

Nacionalidad (sólo se registra si aparece en la inscripción de la celebración de matrimonio): **rusa**

Fecha de nacimiento: **el 03 de septiembre de 1991**

Lugar de nacimiento: **c. Lípetsk**

han contraído el matrimonio el día **14.07.2016, el catorce de julio de dos mil dieciséis**,
                                                    (día, mes y año con números y letras)
de que el día **14 del mes de julio del año 2016** fue hecha la inscripción correspondiente de
la celebración de matrimonio bajo el No. **753**.

Después de contraer el matrimonio, les han sido concedidos los siguientes apellidos:

al esposo          **Chvanov**

a la esposa        **Chvanova**

Lugar de registro estatal: **Palacio de Enlaces Matrimoniales de la Administración de
                            Registro Civil de la ciudad de Lípetsk**
                            (nombre de la institución que registra actos civiles)

Fecha de expedición:  **el 14 de julio de 2016**

Directora de la oficina de registro civil:      *(Firma ilegible)*      **G.V. Bélkina**

[SELLO Redondo de la oficina de registro civil
en la ciudad de Lípetsk, Federación Rusa]

**Serie I-РД  No.  716018**

Lic. Iryna Lyanzuridi
DGRC/PT/07

Calle Loma del Pedregal No. 308, int. 14 • Col. Lomas del Campestre • León, Gto. México • Tel: (477) 718-04-15

· · · · · · · · · · · · · · · · · · · · · Fin del documento traducido · · · · · · · · · · · · · · · · · · · · ·

## NOTA DEL PERITO-TRADUCTOR

| FECHA | 25 DE OCTUBRE DE 2022 | FOJAS | UNA | NÚMERO | 25102022-2552 |
|---|---|---|---|---|---|
| TIPO DE DOCUMENTO | — CERTIFICADO DE MATRIMONIO DE SERIE I-РД Y No. 716018, EXPEDIDO A NOMBRE DE DANIIL VIKTOROVICH CHVANOV Y IANA IGOREVNA YAKOVLEVA POR EL PALACIO DE ENLACES MATRIMONIALES DE LA ADMINISTRACIÓN DE REGISTRO CIVIL DE LA CIUDAD DE LÍPETSK, FEDERACIÓN RUSA, EL DÍA 14 DE JULIO DE 2016. - - - - - - - - - - - - | | | | |
| COMENTARIOS | LOS NOMBRES PATRONÍMICOS DE LAS PERSONAS DE ESTE CERTIFICADO DE MATRIMONIO SON VIKTOROVICH E IGOREVNA, LOS CUALES SE OMITEN POR FALTA DE USO EN LOS PASAPORTES INTERNACIONALES DE LA FEDERACIÓN RUSA Y EN TODA LA DOCUMENTACIÓN MEXICANA. - - - - - - - - - - - - - - - - - - - - - - - - | | | | |

ESTE DOCUMENTO HA SIDO TRADUCIDO COMO SIGUE:

DEL RUSO AL ESPAÑOL

Lic. Iryna Lyanzuridi
DGRC/PT/07

POR EL PERITO-TRADUCTOR OFICIAL LIC. IRYNA LYANZURIDI, DEBIDAMENTE RECONOCIDA Y AUTORIZADA POR LA ADMINISTRACIÓN GENERAL DE REGISTRO CIVIL DEL ESTADO DE GUANAJUATO EN MÉXICO, Y REGISTRADA BAJO EL NÚMERO 07 EN LA LISTA DE PERITOS AUTORIZADOS PARA EL PERIODO 2021-2022, PUBLICADA EN EL PERIODICO OFICIAL No. 248 SEGUNDA PARTE, EL DÍA 11 DE DICIEMBRE DE 2020 (PÁGINAS 19-23); Y POR EL CONSEJO DEL PODER JUDICIAL DEL ESTADO DE GUANAJUATO SEGÚN LA LISTA DE PERITOS AUTORIZADOS PUBLICADA EN EL DIARIO OFICIAL DE FECHA 10 DE MARZO DE 2017. EL PERITO-TRADUCTOR ES ÚNICAMENTE RESPONSABLE POR LA TRADUCCIÓN, NO ASÍ POR LOS CONCEPTOS, CONTENIDOS, USOS O EFECTOS LEGALES DEL DOCUMENTO. EL DOCUMENTO BASE QUE SE TRADUJO ES UN ORIGINAL DEL CUAL SE ANEXA UNA FOTOCOPIA A LA PRESENTE TRADUCCIÓN. DOMICILIO DE POLYGLOT TRADUCCIONES: LOMA DE PEDREGAL 308, INT. 14, COL. LOMAS DEL CAMPESTRE, LEÓN, GUANAJUATO, MÉXICO, C.P. 37150, TEL. +52 (477) 718-04-15, E-MAIL: contacto@polyglot.com.mx.



April 13ᵗʰ 2023, Cancún, México

This letter is to certify that Ignat Enyahov, born 01.01.2018, with passport number 66N1444459, assist at the nursery school "La casa del colibrí", located on calle Río Duero, 27 mnz 18, smz 515, residential in Santa Fe plus, Cancún, México, from 15ᵗʰ of March during 15ᵗʰ of May 2022.

To be used as required.

 For: **IANA CHVANOVA**

# For Your Info



## Most Recent I-94

**Admission (I-94) Record Number :**
864389067A2

**Most Recent Date of Entry:** 2022 May 20

**Class of Admission :** DT
**Admit Until Date :** 05/18/2023
**Details provided on the I-94**
Information form:

| | |
|---|---|
| Last/Surname : | **CHVANOVA** |
| First (Given) Name : | **IANA** |
| Birth Date : | |
| **1991 September 03** | |
| Document Number : | **753656970** |
| Country of Citizenship : | **Russia** |

[ Get Travel History ]

► **Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).**

► **If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.**

► **Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.**

OMB No. 1651-0111
Expiration Date:

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Effective April 26, 2013, DHS began automating the admission process.

**An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94.**

A record of admission printed from the CBP website constitutes a lawful record of admission. *See 8 CFR § 1.4(d).*

**What to do if**

 For: **IGNAT CHVANOV**



## Most Recent I-94

**Admission (I-94) Record Number :** 864431509A2

**Most Recent Date of Entry:** 2022 May 20

**Class of Admission :** DT
**Admit Until Date :** 05/18/2023
**Details provided on the I-94** Information form:

| | |
|---|---|
| Last/Surname : | **CHVANOV** |
| First (Given) Name : | **IGNAT** |
| Birth Date : | **2018 January 01** |
| Document Number : | 656827718 |
| Country of Citizenship : | Russia |

Get Travel History

► **Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).**

► **If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.**

► **Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.**

OMB No. 1651-0111
Expiration Date:

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

## For Your Info

Effective April 26, 2013, DHS began automating the admission process.

**An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94.**

A record of admission printed from the CBP website constitutes a lawful record of admission. *See 8 CFR § 1.4(d).*

**What to do if**

## PODER JUDICIAL DEL ESTADO DE QUINTANA ROO



# 636/2023

**JUZGADO:** JUZGADO FAMILIAR ORAL PLAYA

# RAMO: FAMILIAR ORAL

**ASUNTO:** VIA ORAL DE CONTROVERSIAS DEL ORDEN FAMILIAR

**ACTOR(ES):** DANIIL  VIKTOROVICH CHVANOV

**DEMANDADO (S):** IANA  IGOREVNA CHVANOVA

**JUEZ:** LIC. DEYLIANA AVILES DEMENEGHI

**FECHA INICIO:** 08/05/2023



98-1-636-2023

PLAYA DEL CARMEN          QUINTANA ROO          MÉXICO

JUZGADO FAMILIAR Y CIVIL ORAL DE PRIMERA INSTANCIA EN EL DISTRITO JUDICIAL DE SOLIDARIDAD QUINTANA ROO, A OCHO DE MAYO DEL AÑO DOS MIL VEINTITRÉS. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Visto en esta propia fecha el sistema electrónico de la Administración de Juzgados que corresponde a este Distrito Judicial, se tiene por presentado al ciudadano **DANIIL VIKTOROVICH CHVANOV**, con su escrito recibido en propia fecha ocho de mayo del año dos mil veintitrés, con número de folio **798**, con los documentos y copias simples de ley que acompaña; demandando en la Vía Oral a la ciudadana **IANA IGOREVNA CHVANOVA**, las **CONTROVERSIAS DEL ORDEN FAMILIAR DE GUARDA Y CUSTODIA** en términos de su memorial; atenta a lo anterior, con fundamento en los artículos 837, 845, 849, y 858 del Código Civil, en cuanto a las reglas del proceso los artículos 1, 25, 44, 45, 90, 144, 145, 157 Fracción IX, 160, 264, 265, 880, 881, 884, 885, 892 fracción I, 893, 894, 905, 908, 971, 1018, 1019, 1023 y demás relativos del Código de Procedimientos Civiles del Estado, por estar conforme a derecho se admite la demanda en la forma y vía propuestas. Se ordena dar vista al Agente del Ministerio Público de la Adscripción para que manifieste lo que a su Representación Social corresponda, lo anterior con fundamento en el artículo 845-BIS del Código Civil del Estado. **Se les previene a ambas partes contendientes en el presente juicio, se abstengan de causarse agresión física o psicológica, intimidarse o molestarse en el domicilio que habitan y entorno social, ya sea en forma personal o cualquier método electrónico, con el único fin de salvaguardar el estado físico y psicoemocional de los contrarios, como del menor de edad inmerso en el presente juicio, con el apercibimiento que de hacer caso omiso a lo señalado, se usará cualquiera de las medidas de apremio conforme al artículo 89 del Código de procedimientos Civiles del Estado.** Toda vez que el promovente afirma que la parte demandada ingiere alcohol y otras sustancias, por lo que lo agrede de forma verbal y de forma agresiva, solicitando como medida de protección para que la demandada ciudadana **IANA IGOREVNA CHVANOVA**, no lo moleste ni verbal ni físicamente, con fundamento en el 882 Bis del Código de Procedimientos Civiles vigente en el Estado de Quintana Roo, en relación directa con los numerales 5 Fracción IV, 17, 37 de la Ley General para la igualdad entre mujeres y hombres y en relación con los artículos 3, 12, 27 de la Convención Interamericana de los derechos del niño y niña, se dictan las siguientes **MEDIDAS PROVISIONALES DE PROTECCIÓN POR SESENTA DÍAS:** Se apercibe a la ciudadana **IANA IGOREVNA CHVANOVA**, para que se abstenga de causar cualquier tipo de agresión física o psicológica, intimidación o acto de molestia en el domicilio que habita el ciudadano **DANIIL VIKTOROVICH CHVANOV** y en su entorno social y de su menor hijo, ya sea en forma personal o por cualquier otro método. Asimismo, dese vista a la Administradora de Gestión Judicial del Juzgado Familiar y Civil Oral de este Distrito Judicial de Solidaridad, Quintana Roo, para que por su conducto y en auxilio de esta

autoridad se gire atento oficio al **ENCARGADO DE LA PLAZA DE PLAYA DEL CARMEN DE LA POLICÍA DE INVESTIGACIÓN** a efecto de que brinde auxilio al ciudadano DANIIL VIKTOROVICH CHVANOV en el domicilio ubicado en *Avenida del Paraíso y Constituyentes, Manzana 33, Lote 2, Casa 29, Colonia Misión de las Flores F, Código Postal 77723, Municipio de Solidaridad, de esta Ciudad de Playa del Carmen, Quintana Roo;* y/o donde lo requiera para que proceda conforme a su representación social corresponda. **Se previene al promovente para que en término de TRES DÍAS** proporcione a esta Autoridad correo electrónico personal, número telefónico personal a efecto de darle seguimiento al presente procedimiento, así como lo señala la Ley General para la igualdad entre mujeres y hombres; una vez hecho lo anterior se ordenará girar atento oficio a la UNIDAD DE DERECHOS HUMANOS para que tenga conocimiento y continúe con el seguimiento correspondiente de las Medidas de Protección ordenadas en el presente juicio. Por cuanto a la **MEDIDA PROVISIONAL** respecto al **Depósito Judicial y Custodia** del citado menor solicitado por el promovente y en virtud de lo manifestado por la parte actora en sus hechos de la demanda, esta Autoridad está facultada para intervenir de oficio en los asuntos de índole familiar, más aun tratándose de menores de edad, por lo que con fundamento en los artículos 896 del Código Procesal en cita y 990 del Código Civil vigente ambos del Estado, en relación a los numerales 3, 9 y 12 de la Convención Nacional de la Protección de los Derechos de los Niños, En todas las decisiones y actuaciones del Estado se velará y cumplirá con el principio del interés superior de la niñez, garantizando de manera plena sus derechos previsto en el artículo 4 de la Constitución Política de los Estados Unidos Mexicanos, lo cual encuentra sustento en el siguiente criterio de la corte: en la jurisprudencia de Rubro Registro siguiente: *MENORES DE EDAD. EL JUEZ ESTÁ OBLIGADO, AUN DE OFICIO, A ESCUCHARLOS EN CUALQUIER JUICIO DONDE TENGA QUE RESOLVERSE SOBRE LA PATRIA POTESTAD, GUARDA Y CUSTODIA, ASÍ COMO AL MINISTERIO PÚBLICO DE LA ADSCRIPCIÓN, TENIENDO EN CUENTA LA FACULTAD QUE TIENE DE VALERSE DE CUALQUIER MEDIO A FIN DE SALVAGUARDAR EL INTERÉS SUPERIOR DE AQUÉLLOS (LEGISLACIÓN DEL ESTADO DE VERACRUZ). Registro 183500; DEPÓSITO JUDICIAL DE UN MENOR A FAVOR DE UNO DE SUS PROGENITORES. SU DECRETO OBLIGA AL JUEZ DE INSTANCIA A ESTABLECER EL RÉGIMEN DE VISITAS RESPECTIVO, EN ATENCIÓN AL INTERÉS SUPERIOR DE AQUÉL.* Registro 2014453. Esta autoridad estima conveniente determinar que las cosas se mantengan en el estado en que se encuentran con relación al menor de nombre IGNAT DANIILLOVICH CHVANOV, esta Autoridad a su prudente arbitrio determina que permanezca bajo el cuidado y protección de su progenitor el ciudadano DANIIL VIKTOROVICH CHVANOV, sin que esto implique que se le otorgue la custodia provisional ni definitiva, sino que es únicamente con el objeto que esta Autoridad tenga conocimiento del lugar en donde se encuentra ubicado el citado menor, en

tanto este Juzgador se allega a los elementos necesarios para resolver al respecto. Así mismo, se le informa a la demandada ciudadana IANA IGOREVNA CHVANOVA que se ha determinado que el menor de nombre IGNAT DANIILLOVICH CHVANOV permanezca bajo el cuidado y protección de su progenitor el ciudadano DANIIL VIKTOROVICH CHVANOV, con fundamento en los artículos 4º de la Constitución Política de los Estados Unidos Mexicanos párrafo IX, 880, 881 Y 883, Código de Procedimientos Civiles vigente en el Estado, los que medularmente establecen que en todas las decisiones y actuaciones del Estado, se velará y cumplirá con el principio del interés superior de la niñez, garantizando de manera plena sus derechos, por lo tanto, con el único fin de evitar que el menor de edad sea trasladado fuera de la ciudad, Estado y/o País, a juicio de quien provee, es menester acceder a la petición realizada por el padre del menor, es decir, se dicta la siguiente MEDIDA DE SEGURIDAD, se apercibe a la ciudadana IANA IGOREVNA CHVANOVA, para que se abstenga de sacar al menor de nombre IGNAT DANIILLOVICH CHVANOV, sin causa justificada de este País, Estado, Ciudad o de su domicilio habitual, motivo por el que se determinó que quien cuidará al menor será su progenitor el ciudadano DANIIL VIKTOROVICH CHVANOV hasta que se lleve a cabo el procedimiento antes señalado, dese vista a la hoy demandada, de la petición de la parte actora, para que manifieste lo que a su derecho convenga al momento de dar respuesta a la demanda entablada en su contra. Por cuanto a las pruebas que ofrece la parte actora, éstas se acordarán en el momento procesal oportuno, en términos de los artículos 935 y 937 del Código de Procedimientos Civiles del Estado. Seguidamente, respecto a la COPIA CERTIFICADA del presente auto admisorio dentro del expediente 636/2023, expídanse a su costa y cargo un juego de copias certificadas que solicita el promovente, previa toma de razón que de recibo deje en autos para debida constancia, lo anterior con fundamento en los artículos 69 del Código de Procedimientos Civiles del Estado. Proceda el ciudadano Actuario adscrito a la Administración de Gestión Judicial de los Juzgados Civil y Familiar Oral de Primera Instancia de este Distrito Judicial a notificar a la ciudadana IANA IGOREVNA CHVANOVA el presente juicio en su domicilio ubicado en CALLE FAISANES, NÚMERO 14, VILLAS DEL SOL, TERCER PARQUE, CÓDIGO POSTAL 77730, MUNICIPIO DE SOLIDARIDAD, QUINTANA ROO, corriéndole traslado con la entrega de las copias simples de ley, emplazándola para que en el término de NUEVE DÍAS conteste la demanda instaurada en su contra y también para que al momento de dar contestación a la presente demandada señale domicilio en esta ciudad de Playa del Carmen, Quintana Roo, para oír y recibir notificaciones, apercibiéndola que de no hacerlo así las subsecuentes notificaciones, aún las de carácter personal, se le harán por LISTA ELECTRÓNICA de este Juzgado. Se tiene al promovente señalando como domicilio para oír y recibir notificaciones y documentos, en el ubicado en AVENIDA DEL PARAÍSO Y CONSTITUYENTES, MANZANA 33, LOTE 2,

CASA 29, COLONIA MISIÓN DE LAS FLORES F, CÓDIGO POSTAL 77723, MUNICIPIO DE SOLIDARIDAD, autorizando para los mismos efectos a la persona que menciona en su escrito de mérito. Respecto al mandato judicial que otorga a favor de las personas referidas en su escrito de cuenta, dígasele al ocursante que en términos de lo dispuesto en el artículo 906 en relación al 107 del Código Adjetivo de la materia, podrá comparecer a ratificar dicho mandato, y hecho que sea lo anterior se entenderá por perfeccionado con fundamento en los artículos 2842 y 2843 del Código Civil del Estado. Se tiene al promovente autorizando los correos electrónicos marioherrera@tsjqroo.gob.mx y lvecad@tsjqroo.gob.mx que menciona en el presente proveído. Hágase del conocimiento al Administrador de la Gestión Judicial del Juzgado Familiar y Civil Oral de este Distrito Judicial de Solidaridad, Quintana Roo, para que se realice la vinculación del correo arriba señalado, en el entendido que todas las notificaciones se le realizaran a través del correo electrónico vinculado siempre que no impliquen una notificación de carácter personal; esto de conformidad con lo dispuesto por los artículos 107 y 109 Bis del Código de Procedimientos Civiles del Estado. Por último, con fundamento en el artículo 1017 del Código de Procedimientos Civiles del Estado los documentos originales base de la acción quedan bajo el resguardo de la administración de gestión judicial. Hágase del conocimiento al Administrador de la Gestión Judicial del Juzgado Familiar y Civil Oral de este Distrito Judicial de Solidaridad, Quintana Roo, de lo citado a supralíneas para los efectos legales conducentes. Con fundamento en lo dispuesto por los artículos 1o, 2o, 24, 25, 26,27 y 29 de la Ley de Protección de Datos Personales en Posesión de Sujetos Obligados para el Estado de Quintana Roo, y en atención al seguimiento en materia de protección de datos personales visto en Sesión Ordinaria del Pleno del Consejo de la Judicatura de fecha dos de octubre del dos mil diecisiete, remitido mediante oficio CIR-CJ-027/2017, se hace del conocimiento el siguiente "AVISO DE PRIVACIDAD SIMPLIFICADO PARA LOS ÓRGANOS JURISDICCIONALES DEL PODER JUDICIAL DEL ESTADO DE QUINTANA ROO. El poder Judicial del Estado de Quintana Roo es el responsable del uso y protección de sus datos personales. Los órganos del Poder Judicial del Estado de Quintana Roo están obligados en todo momento a garantizar las condiciones y requisitos mínimos para la debida administración y custodia de los datos personales que se encuentren bajo su resguardo, con el objeto de garantizar a los gobernados el derecho de decidir sobre su uso y destino. Los datos personales que recabamos de usted, de manera directa o indirecta, por medios electrónicos o por escrito, será utilizada únicamente para llevar a cabo los objetivos y atribuciones jurisdiccionales de este Poder Judicial. En ese sentido, se hace de su conocimiento que estos se emplearán para resolver las controversias que se susciten entre las partes, además de las que se susciten de los conflictos laborales y procedimientos de responsabilidad administrativa de sus servidores públicos. Los datos personales que usted proporcione para la prestación del servicio de impartición de justicia, quedan en resguardo y protección de todos los servidores públicos pertenecientes al Poder Judicial, desde el momento de su recepción. Los datos personales sometidos a tratamiento son el nombre, edad, sexo, fotografías o documentos donde conste su imagen, domicilio particular, correo electrónico, firma, registro federal de contribuyentes, clave única de registro de población, grado de estudios y número de cuenta bancaria en su caso. De conformidad con el artículo 19 de la Ley de Protección de datos personales en Posesión de Sujetos Obligados para el Estado de Quintana Roo, en virtud de la naturaleza del servicio de

impartición de justicia y toda vez que los datos personales son necesarios para el ejercicio de los derechos en controversia, se hace de su conocimiento que no se requerirá su consentimiento para su tratamiento en los siguientes casos: cuando una ley así lo disponga; cuando las transferencias que se realicen entre responsables, sean sobre datos personales que se utilicen para el ejercicio de facultades propias, compatibles o análogas con la finalidad que motivó el tratamiento de los datos personales; cuando exista una orden judicial, resolución o mandato fundado y motivado de autoridad competente; para el reconocimiento o defensa de derechos del titular ante autoridad competente; cuando los datos personales se requieran para ejercer un derecho o cumplir obligaciones derivadas de una relación jurídica entre el titular y este Poder Judicial y cuando los datos personales figuren en fuentes de acceso público. Usted tiene derecho a conocer qué datos personales tenemos de usted, para qué los utilizamos y las condiciones de uso que les damos (acceso). Asimismo, es su derecho solicitar la corrección de su información personal en caso de que esté desactualizada, sea inexacta o incompleta (rectificación); que la eliminemos de nuestro registros o bases de datos cuando considere que la misma no está siendo utilizada conforme a los principios, deberes y obligaciones previstas en la normativa (cancelación); así como oponerse al uso de sus datos generales para fines específicos (oposición). Estos derechos se conocen como derechos ARCO. Para el ejercicio de cualquiera de los derechos ARCO, usted deberá presentar la solicitud respectiva, debidamente firmada por usted o su apoderado, en idioma español, que deberá ingresar de manera gratuita ante la Dirección de Vinculación y Transparencia, con domicilio en Avenida Tulum con Punta Celarain, Supermanzana 8, manzana 2, C.P. 77500, Cancún, Quintana Roo. Por último se le informa que el aviso de privacidad integral de este Poder Judicial, se encuentra disponible en su sitio web oficial: www.tsjqroo.gob.mx".- NOTIFÍQUESE PERSONALMENTE Y CÚMPLASE.- Así lo acordó y firma la Licenciada DEYLIANA AVILES DEMENEGHI, Juez de Instrucción Adscrita al Juzgado Familiar y Civil Oral de Primera Instancia del Distrito Judicial de Solidaridad, Quintana Roo. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EN FECHA NUEVE DE MAYO DEL AÑO DOS MIL VEINTITRÉS, SE PUBLICÓ EL AUTO QUE ANTECEDE POR LISTA ELECTRÓNICA DE ESTE JUZGADO.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - CONSTE.- - - - - - - - - - - - - - - - - - - - -

Inicio* Expediente Familiar: 636/2023.

Emdc*

impartición de justicia y toda vez que los datos personales son necesarios para el ejercicio de los derechos en controversia, se hace de su conocimiento que no se requerirá su consentimiento para su tratamiento en los siguientes casos: cuando una ley así lo disponga; cuando las transferencias que se realicen entre responsables, sean sobre datos personales que se utilicen para el ejercicio de facultades propias, compatibles o análogas con la finalidad que motivó el tratamiento de los datos personales; cuando exista una orden judicial, resolución o mandato fundado y motivado de autoridad competente; para el reconocimiento o defensa de derechos del titular ante autoridad competente; cuando los datos personales se requieran para ejercer un derecho o cumplir obligaciones derivadas de una relación jurídica entre el titular y este Poder Judicial y cuando los datos personales figuren en fuentes de acceso público. Usted tiene derecho a conocer qué datos personales tenemos de usted, para qué los utilizamos y las condiciones de uso que les damos (acceso). Asimismo, es su derecho solicitar la corrección de su información personal en caso de que esté desactualizada, sea inexacta o incompleta (rectificación); que la eliminemos de nuestro registros o bases de datos cuando considere que la misma no está siendo utilizada conforme a los principios, deberes y obligaciones previstas en la normativa (cancelación); así como oponerse al uso de sus datos generales para fines específicos (oposición). Estos derechos se conocen como derechos ARCO. Para el ejercicio de cualquiera de los derechos ARCO, usted deberá presentar la solicitud respectiva, debidamente firmada por usted o su apoderado, en idioma español, que deberá ingresar de manera gratuita ante la Dirección de Vinculación y Transparencia, con domicilio en Avenida Tulum con Punta Celarain, Supermanzana 8, manzana 2, C.P. 77500, Cancún, Quintana Roo. Por último se le informa que el aviso de privacidad integral de este Poder Judicial, se encuentra disponible en su sitio web oficial: www.tsjqroo.gob.mx".- **NOTIFÍQUESE PERSONALMENTE Y CÚMPLASE.-** Así lo acordó y firma la Licenciada DEYLIANA AVILES DEMENEGHI, Juez de Instrucción Adscrita al Juzgado Familiar y Civil Oral de Primera Instancia del Distrito Judicial de Solidaridad, Quintana Roo. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EN FECHA NUEVE DE MAYO DEL AÑO DOS MIL VEINTITRÉS, SE PUBLICÓ EL AUTO QUE ANTECEDE POR LISTA ELECTRÓNICA DE ESTE JUZGADO.- - - - - - - - - - - - - - - - - - - - - - - - - - - - CONSTE.- - - - - - - - - - - - - - -

Inicio* Expediente Familiar: **636/2023.**

Emdc*

EL (LA) SUSCRITO (A) LICENCIADO (A) *Santos Chullim Mario Ricardo* FEDATARIO (A) DE LA ADMINISTRACIÓN DE JUSTICIA DEL DISTRITO JUDICIAL DE PLAYA DEL CARMEN, QUINTANA ROO, EN SU USO DE LA FACULTAD QUE ME CONFIERE LA FRACCIÓN III DEL ARTÍCULO 24 QUATER DE LA LEY ORGÁNICA DEL PODER JUDICIAL DEL ESTADO DE QUINTANA ROO. - - - - - - - - - - - - - CERTIFICA - - - - - - - - QUE LA (S) *003* FOJA (S) ÚTIL (ES) QUE ANTECEDE (N) ES (SON) COPIA (S) FIEL Y EXACTA *de la constancia* QUE OBRAN EN AUTOS DEL EXPEDIENTE NÚMERO *636/2023* DEL JUZGADO *Familiar Oral* DE PRIMERA INSTANCIA DEL DISTRITO JUDICIAL DE PLAYA DEL CARMEN, QUINTANA ROO. PREVIO COTEJO REALIZADO CONFORME A LA LEY SE EXPIDE LA PRESENTE PARA LOS FINES LEGALES QUE CONVENGA, EL DÍA *09* DEL MES DE *05* DEL AÑO *2023* - - - - - - - - - - DOY FE - - - - - - -