

ORIGINAL COPY

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Arthur Kuznetcov<br>614 N Linwood Ave.<br>Santa Ana, CA , CA 92701<br><br>TELEPHONE NO.: 949-524-9764   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>MAY 3 0 2023<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY ᴅᴠᴇ          DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 411 W 4th St.
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA , CA 92701
BRANCH NAME: United States District Court Central District of Calif

PLAINTIFF/PETITIONER: Chvanov, Danil
DEFENDANT/RESPONDENT: Chvanov, Iana

| DECLARATION | CASE NUMBER:<br>8:23-cv-00867-FWS(KESx) |
|---|---|

I, Paul Lammers, declare:
I am a Registered Process Server and was retained to serve IANA CHVANOVA with Legal Document for Case: 8:23-cv-00867-FWS(KESx).See attached MC-025, Attachment "A" for list of documents.
05/24/2023 at 4:36P.M. Met with Arthur Kuznetcov and received documents to serve. At that time, I called Iana Chvanova and left voice-mail stating that I had a Lego Box to deliver and would she please call for appointment to deliver package. I did not receive a call back this day.
05/25/2023 at 5:30P.M. I received a call from Iana Chvanova. She stated that she would be out of state for 1 month and that I could Call Elana @ 949-317-7533 for delivery. I stated that I would have to check, as my instructions were to make personal delivery.
05/25/2023 at 7:25P.M. I arrived at 46 Oakcliff Dr., Laguna Niguel, CA 92677 to attempt service, as this is possible residence. No answer and no one appeared to be home.
05/25/2023 at 7:55 P.M. I arrive at 24026 Selva Rd.,#65, Dana Point, CA 92629. This is a possible address for Iana Chvanova. No Answer and no one appeared th be home.
05/25/2023 at 8:23P.M. I arrive at 46 Oakcliff Dr., Laguna Niguel, CA 92677 to, again, attempt service. No answer and no one appeared to be home.
I believe that Iana Chvanova is out of the state at this time.
Paul Lammers, Registered Process Server Los Angeles County # 4717
10829 Firestone Blvd., #131, Norwalk, CA 90650
562)335-058447

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 05/25/2025

Paul Lammers
(TYPE OR PRINT NAME)                                    (SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☑ Other (Specify): Process Server

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

| SHORT TITLE: Chvanov vs Chvanov, et al | CASE NUMBER: 8:23-cv-00867-FWS(KESx) |
|---|---|

**ATTACHMENT** (Number): ____A____

(This Attachment may be used with any Judicial Council form.)

Documents to be served.

CV 30 Certification and Notice if Interested Parties

ADR-08 Notice of Parties of Court-Directed ADR Progam

Civil Minutes-General Date: May 19, 2023

CV-71 Civil Cover Sheet

New Hague Convention Return Application-Chvanov, Ignat Daniilovich

Exhibits 85 pages

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page ____ of ____
*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov