# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SACV 23-00867-FWS (KESx) | Date | August 10, 2023 |
|---|---|---|---|
| Title | Danil Chvanov v. Iana Chvanova | | |

**PRESENT:**

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Danil Chvanov (PRO SE) | Iana Chvanova (PRO SE) |

**PROCEEDINGS:    STATUS CONFERENCE**

Status Conference held.   The court and counsel discuss matters as stated on the record.

The status conference is CONTINUED to **Thursday, September 14, 2023, at 11:00 a.m.**  All parties are ordered to appear without further order of the court.

Certified Russian interpreter Mikhail Bogomolny also present.

|  | 0 : 27 |
|---|---|
| Initials of Deputy Clerk | mku |

cc: